FILED
J.N
NOV X 9 2007
nov X9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAMES MARTE, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 07cv6374 |
| v. | ) JUDGE KOCORAS |
| | ) MAG. JUDGE MASON |
| MACY'S RETAIL HOLDINGS, INC., a | ) |
| New York Corporation, DEPARTMENT | ) |
| STORES NATIONAL BANK, a South | ) JURY DEMANDED |
| Dakota Bank, and OMNI CREDIT | ) |
| SERVICES, INC., a Wisconsin Corporation, | ) |
| | ) |
| Defendants. | |

## COMPLAINT

1.    Plaintiff, JAMES MARTE, is a natural person residing in Cook County, Illinois.

2.    Defendant, MACY'S RETAIL HOLDINGS, INC., on information and belief, is a New York corporation doing business in Illinois, including Cook County.

3.    Defendant DEPARTMENT STORES NATIONAL BANK, on information and belief, is a South Dakota bank, doing business in Illinois, including Cook County.

4.    Defendant OMNI CREDIT SERVICES, INC., on information and belief, is a Wisconsin corporation doing business in Illinois, including Cook County.

## JURISDICTION AND VENUE

5.    Federal question jurisdiction exists under 28 U.S.C. 1331 because Plaintiff asserts a claim under a federal statute. Jurisdiction also exists under 15 U.S.C. 1681p.

6.    Venue in this district is proper pursuant to 28 U.S.C. 1391(b), as the acts and transactions that give rise to this case occurred in the district, and because Defendants can be found, have agents and transact substantial business within the district.

1

## FACTS

7.      On or about July 2006, Plaintiff opened a credit account at a retail store operated by Defendant Macy's Retail Holdings, Inc. (hereinafter "Macy's") numbered 43-787-791-507-0 (hereinafter the "Account").

8.      On information and belief, Defendant Department Stores National Bank (hereinafter "DSNB") is a nationally chartered bank that exists solely to extend credit to the customers of Defendant Macy's.

9.      On information and belief, DSNB is the original issuer of credit on the Account held by Plaintiff.

10.     Plaintiff was, according to the credit agreement he signed with Defendants, was not to be charged interest on his purchases for a period of 12 months from the date of opening of the account.

11.     Plaintiff, though the normal course of consumerism, proceeded to make credit purchases at Macy's with his Account.

12.     Plaintiff, as a result of his credit purchases, amassed a certain amount of debt with Defendants Macy's and DSNB.

13.     When Plaintiff received his first invoice on the account, he noticed Defendants had applied an interest rate to his purchases. (Please see Account Statements, attached hereto as Group Exhibit "A").

14.     On or about December, 2006, Plaintiff reviewed his credit report, and noticed some inaccuracies with regard to the Account.

15.     Plaintiff then contacted an attorney who initiated a process to dispute the debt owed on the Account.

16.    After initiating the dispute, Plaintiff's counsel began negotiations to settle the debt with Defendant Omni Credit Services Inc., (hereinafter "Omni") acting as an agent of Macy's and DSNB.

17.    On May 7, 2007, Plaintiff's counsel and Omni came to a settlement agreement, whereby Plaintiff would pay the settlement amount in full, and Macy's/DSNB would remove all derogatory information relating to the Account on Plaintiff's credit report. (Please see settlement letter from Omni to Plaintiff dated May 7, 2007, attached hereto as Exhibit "B").

18.    Plaintiff agreed to the settlement and in July, 2007, tendered Omni the settlement in full. Omni tendered receipt of payment. (Please see receipt of payment letter dated July 13, 2007, attached hereto as Exhibit "C").

19.    Under the terms of the settlement agreement, upon receipt of payment of the full settlement amount, Omni was to close the Account on behalf of Macy's DSNB, and remove any derogatory information for the Account from Plaintiff's credit report. (See Exhibit "C").

20.    However, the Account was never closed and the derogatory information relating to the Account was never removed from Plaintiff's credit report.

21.    To the contrary, Macy's/DSNB is continuing to bill the client on the Account, charge interest and finance charges to the account, and report the Account as still being open, with a balance, and being a delinquent account on Plaintiff's credit report. (Please see Plaintiff's redacted credit report dated August 2, 2007, attached hereto as Exhibit "D").

22.    Plaintiff has repeatedly requested that this error be corrected, but Defendants have willfully not complied with these requests. (Please see letters from Plaintiff's counsel to Defendants, attached hereto as Group Exhibit "E").

3

## COUNT I
### (Violation of 15 U.S.C. § 1681n)

1-20.    Plaintiff restates and realleges paragraphs 1-20 of the General Factual Allegations as if set forth fully herein as Paragraphs 1-20 of Count I.

23.    Defendants are furnishers of credit information as defined by the Fair Credit Reporting Act (hereinafter "FCRA").

24.    As being furnishers of credit under the FCRA, Defendants are bound by its rules.

25.    The FCRA requires that all furnishers of credit accurately report credit information about consumers to the credit reporting agencies, report the existence of any dispute about any allegedly delinquent charges, and promptly verify and correct any contested information.

26.    Defendants have been willful and negligent in violating requirements regarding the FCRA in the following ways:

> a.    Failing to accurately report the credit information of Plaintiff to the credit reporting agencies;
>
> b.    Failing to report a dispute about allegedly delinquent charges regarding Plaintiff's credit information to the credit reporting agencies;
>
> c.    Failing to promptly verify and correct any contested information regarding Plaintiff's credit information with the credit reporting agencies.

27.    Defendants have been in violation of § 1681n since July, 2006 to the present.

28.    Plaintiff has suffered damages as a result of Defendants' violations by paying interest that was not due, amassing late payments that were improper and suffering damage to his credit score.

29.    Plaintiff is entitled to recover actual damages of up to $1,000, punitive damages of $100,000.00, costs of suit and reasonable attorneys' fees.

WHEREFORE, PLAINTIFF JAMES MARTE prays for judgment in his favor and against Defendants in the amount of $1,000.00, punitive damages in the amount of $100,000.00, costs of suit and reasonable attorneys' fees.

## COUNT II
### (Breach of Contract-Credit Agreement)

1-20.    Plaintiff restates and realleges paragraphs 1-20 of the General Factual Allegations as if set forth fully herein as Paragraphs 1-20 of Count II.

21.    The Defendants agreed to terms in the July 2007 contract through their agent DSNB. By its terms, Defendants were not to charge Plaintiff interest on the Account balance for 12 months.

22.    Defendants, in breach of the agreement, did in fact begin charging Plaintiff interest as of the first Account statement. (See Exhibit "A").

23.    Plaintiff has preformed all duties required by him under the contract.

24.    Plaintiff has suffered damages as a result of Defendants breach in the form of applied interest against the account in the amount of $4,258.58

WHEREFORE, PLAINTIFF JAMES MARTE prays for judgment in his favor and against Defendants in the amount of $4,298.58 and costs of suit and reasonable attorneys' fees.

## COUNT III
### (Breach of Contract-Settlement Agreement)

1-20.    Plaintiff restates and realleges paragraphs 1-20 of the General Factual Allegations as if set forth fully herein as Paragraphs 1-20 of Count II.

5

21.     The Defendants agreed to terms in the May 7, 2007 contract through their agent Credit Services, Inc. (See Exhibit "B"). By its terms, Defendants were to accept payment of the disputed amount in full satisfaction and settlement of the debt. (See Exhibit "B").

22.     The Defendants did accept payment from Plaintiff of the agreed to settlement amount. (See Exhibit "C").

23.     Plaintiff has performed all duties required by him under the contract.

24.     As of now and despite having been paid the full contract price, Defendants have failed to complete their contractual obligations. Defendants' actions have damaged Plaintiff and are a breach of the contract between the parties.

25.     Plaintiff has suffered damages as a result of Defendants breach in the form of damage to his reputation as a result of an incorrect credit report.

WHEREFORE, PLAINTIFF JAMES MARTE prays for judgment in his favor and against Defendants in the amount of $10,000.00, costs of suit and reasonable attorneys' fees.

## COUNT IV
### (Deceptive Business Practices under the Illinois Consumer Fraud and Deceptive Business Practices Act)

1-20.     Plaintiff restates and realleges paragraphs 1-20 of the General Factual Allegations as if set forth fully herein as Paragraphs 1-20 of Count III.

21.     At all relevant times there was in full force and effect the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, *et seq.* (the "ICFA") and materially similar unfair and deceptive practices acts in other states.

22.     Section 2 of the ICFA, 815 ILCS 505/2, provides, in pertinent part:

> Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the

6

concealment, suppression or omission of such material fact, or the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act", approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby. In construing this section consideration shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to Section 5(a) of the Federal Trade Commission. (footnotes omitted)

23.    Plaintiff is a consumer of retail services, and the conduct alleged herein occurred in trade or commerce within the meaning of the ICFA.

24.    Defendants' conduct as alleged herein constitutes a deceptive business practice because it is unlawful, offends public policy as established by statutes, regulations and the common law, it is immoral, unethical, oppressive and unscrupulous, and it results in substantial injury to consumers.

25.    Defendants made false promises to Plaintiff. Defendants claimed that it would settle the account and remove any derogatory information from Plaintiff's credit report in return for Plaintiff's payment. (See Exhibit "B").

26.    Plaintiff tendered payment in full to Defendants, which they accepted. (See Exhibit "B").

27.    Defendants have failed to follow through on their promises to settle the account and remove derogatory information from Plaintiff's credit report. To the contrary, they continue to charge Plaintiff interest and late fees, and report the account as delinquent. (See Exhibit "D").

28.    Plaintiff has been damaged by Defendants false promises in the form of damage to his credit reputation.

WHEREFORE, PLAINTIFF JAMES MARTE prays for judgment in his favor and against Defendants in the amount of $10,000.00, punitive damages in the amount of $100,000.00, costs of suit and reasonable attorneys' fees.

JURY DEMANDED

Respectfully submitted,

_____
One of Plaintiffs' Attorneys

Mark D. Belongia, Esq., # 6269391
Ian M. Burns, Esq., # 6282599
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
Tel (312) 662-1030
Fax (312) 662-1040

# Group Exhibit

# A





star **REWARDS**

## Elite Star Rewards account statement

For the period ending Jul 27, 2006
Days in billing cycle: 30

**James R Marte JR**
Account number: 43-787-791-507-0
**Questions?** Call 1-800-280-4356
Page: 1 of 4

## Account summary

| | Revolving | 6-Month Deferred |
|---|---|---|
| Balance of last statement | 13,017.06 | 0.00 |
| Payments | − 0.00 | − 2,000.00 |
| New transactions this statement | − 37,262.05 | + 15,507.68 |
| FINANCE CHARGES | + 0.00 | + 0.00 |
| $ New balance | − 24,244.99 | 13,507.68 |
| Minimum payment due on Aug 21, 2006 | $0.00 | $439.00 |
| *Average daily balance* | $1,468.78 | $11,565.55 |

*PLEASE SEE ENCLOSED IMPORTANT CHANGE IN TERMS NOTICE (ONLINE CUSTOMERS, PLEASE REFERENCE "STATEMENT DISCLOSURES" PAGE).*

*FOR YOUR INFORMATION, ENCLOSED PLEASE FIND OUR CURRENT "PRIVACY POLICY" (ONLINE CUSTOMERS, PLEASE REFERENCE "PRIVACY POLICY" PAGE).*

## Revolving account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Jul 03 | | Merchandise | − 5,210.25 |
| Jul 03 | | Merchandise | |
| | | **Receipt total** | **− 5,210.25** |
| Jul 03 | | Merchandise | 981.00 |
| | | **Receipt total** | **981.00** |
| Jul 03 | | Payment Transfer | 2,000.00 |
| Jul 03 | | Merchandise | − 2,298.99 |
| Jul 03 | | Merchandise | |
| Jul 03 | | Merchandise | |
| | | **Receipt total** | **− 2,298.99** |

(continued on next page)

## Financial terms

| | |
|---|---|
| Daily periodic rate | 0.05918% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 21.60% |

## Star news

Visit The Down Town Dog Pet Boutique and receive a FREE treat with any purchase. Located at Marshall Field's State Street, Lower Level.

## Star news

New Furniture Arrivals for Fall 2006. Save 20-40% off all the latest Furniture trends and collections during our Furniture Sale, July 21 – Sept 4, 2006. Need help with your floor plans? Call today for an appointment with our Interior Design Studio. 1-800-480-1623.

---

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at www.macys.com/paybill, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

 **Payment slip**

Account number: **43-787-791-507-0**
**Payment due date: Aug 21, 2006**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| Revolving – 20 | −24,244.99 | $0.00 $ | |
| 6-Month Deferred – 36 | 13,507.68 | $439.00 $ | |
| | | Total amount enclosed $ | |

64-17 18053 1/4

**JAMES R MARTE JR**
**APT 22F**
**100 E BELLEVUE PL**
**CHICAGO, IL 60611-5188**

018054

**PO BOX 689195**
**DES MOINES IA 50368-9195**



H

 

star**REWARDS**

James R Marte JR    Account number: 43-787-791-507-0                                                   Page: 2 of 4

## Revolving account transaction details continued

| Date | Store | Description | Amount |
|------|-------|-------------|--------|
| Jul 03 | | Merchandise | − 1,967.23 |
| Jul 03 | | Merchandise | |
| | | **Receipt total** | **− 1,967.23** |
| Jul 03 | | Merchandise | − 702.00 |
| Jul 03 | | Merchandise | |
| | | **Receipt total** | **− 702.00** |
| Jul 03 | | Finance Charge Adjustment | − 483.81 |
| Jul 03 | | Late Payment Fee Adjustment | − 29.00 |
| Jul 03 | | Merchandise | − 5,954.67 |
| Jul 03 | | Merchandise | |
| | | **Receipt total** | **− 5,954.67** |
| Jul 03 | | Merchandise | − 2,555.18 |
| Jul 03 | | Merchandise | |
| | | **Receipt total** | **− 2,555.18** |
| Jul 03 | | Merchandise | − 1,765.15 |
| Jul 03 | | Merchandise | |
| | | **Receipt total** | **− 1,765.15** |
| Jul 11 | | Merchandise | − 5,954.67 |
| Jul 11 | | Merchandise | |
| | | **Receipt total** | **− 5,954.67** |
| Jul 11 | | Merchandise | − 5,210.25 |
| Jul 11 | | Merchandise | |
| | | **Receipt total** | **− 5,210.25** |
| Jul 11 | | Transfer Balance | − 557.62 |
| Jul 27 | Marshallfld-Z | Bedroom Furniture | − 1,004.40 |
| | | **Receipt total** | **− 1,004.40** |
| Jul 27 | Marshallfld-Z | Bedroom Furniture | − 546.30 |
| | | **Receipt total** | **− 546.30** |
| Jul 27 | State Street-Z | Mattresses | − 188.99 |
| | | Sales tax | − 17.01 |
| | | **Receipt total** | **− 206.00** |
| Jul 27 | Marshallfld-Z | Dining Room Furniture | − 180.72 |
| | | **Receipt total** | **− 180.72** |
| Jul 27 | Marshallfld-Z | Recliners | − 161.94 |
| | | **Receipt total** | **− 161.94** |
| Jul 27 | Marshallfld-Z | Entertainment Center | − 152.82 |
| | | **Receipt total** | **− 152.82** |
| Jul 27 | Marshallfld-Z | Occasional Furniture | − 81.60 |
| | | **Receipt total** | **− 81.60** |
| Jul 27 | State Street-Z | Dining Room Furniture | − 64.40 |
| | | Sales tax | − 5.80 |
| | | **Receipt total** | **− 70.20** |
| Jun 05 | State Street-Z | Deferred Event | |
| | | Fabric Upholstery | |
| | | **Receipt total** | **− 5,150.25** |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|------|-------|-------------|--------|
| Jul 03 | | Merchandise | − 981.00 |
| | | **Receipt total** | **− 981.00** |
| | | Deferral plan ends | May 4, 2006 |
| Jul 03 | | Payment ~ thank you | − 2,000.00 |

(continued on next page)

 star **REWARDS**  

James R Marte JR     Account number: 43-787-791-507-0

## 6-Month Deferred account transaction details continued

| Date | Store | Description | Amount |
|------|-------|-------------|--------|
| Jul 03 | | Merchandise | 2,298.99 |
| Jul 03 | | Merchandise | |
| Jul 03 | | Merchandise | |
| | | Receipt total | 2,298.99 |
| | | Deferral plan ends | Jul 1, 2006 |
| Jul 03 | | Merchandise | 1,967.23 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 1,967.23 |
| | | Deferral plan ends | Jul 1, 2006 |
| Jul 03 | | Merchandise | 702.00 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 702.00 |
| | | Deferral plan ends | Jul 1, 2006 |
| Jul 11 | | Merchandise | − 2,555.18 |
| Jul 11 | | Merchandise | |
| | | Receipt total | − 2,555.18 |
| | | Deferral plan ends | Jul 3, 2006 |
| Jul 03 | | Merchandise | 5,954.67 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 5,954.67 |
| Jul 03 | | Merchandise | 2,555.18 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 2,555.18 |
| Jul 03 | | Merchandise | 1,765.15 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 1,765.15 |
| Jul 03 | | Merchandise | 5,210.25 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 5,210.25 |
| | | Deferral plan ends | Jul 5, 2006 |
| Jul 11 | | Merchandise | 5,954.67 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 5,954.67 |
| Jul 11 | | Merchandise | 5,210.25 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 5,210.25 |
| Jul 11 | | Merchandise | − 5,954.67 |
| Jul 11 | | Merchandise | |
| | | Receipt total | − 5,954.67 |
| Jul 11 | | Merchandise | − 5,210.25 |
| Jul 11 | | Merchandise | |
| | | Receipt total | − 5,210.25 |
| Jul 11 | | Transfer Balance | 557.62 |
| Jul 12 | State Street-Z | Dining Room Furniture | − 1,804.80 |
| | | Sales tax | − 162.43 |
| | | Receipt total | − 1,967.23 |
| Jul 03 | | Merchandise | 4,007.04 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 4,007.04 |
| | | Deferral plan ends | Nov 1, 2006 |
| Jul 03 | | Merchandise | 1,024.58 |
| Jul 03 | | Merchandise | |
| Jul 03 | | Merchandise | |

(continued on next page)

  

star **REWARDS**

**James R Marte JR**     Account number: 43-787-791-507-0

Page: 4 of 4

## 6-Month Deferred account transaction details continued

| Date | Store | Description | Amount |
|------|-------|-------------|--------|
| Jul 03 | | Merchandise | |
| | | **Receipt total** | **1,024.58** |
| | | Deferral plan ends | **Nov 1, 2006** |
| Jul 03 | | Merchandise | 752.06 |
| Jul 03 | | Merchandise | |
| | | **Receipt total** | **752.06** |
| | | Deferral plan ends | **Nov 1, 2006** |
| Jul 11 | | Merchandise | 5,954.67 |
| Jul 11 | | Merchandise | |
| | | **Receipt total** | **5,954.67** |
| | | Deferral plan ends | **Jan 1, 2007** |
| Jul 11 | | Merchandise | 5,210.25 |
| Jul 11 | | Merchandise | |
| | | **Receipt total** | **5,210.25** |
| | | Deferral plan ends | **Jan 1, 2007** |
| Jul 11 | | Merchandise | 2,555.18 |
| Jul 11 | | Merchandise | |
| | | **Receipt total** | **2,555.18** |
| | | Deferral plan ends | **Jan 3, 2007** |

 **macy's**

star**REWARDS**

 

## Elite Star Rewards account statement

For the period ending Aug 27, 2006
Days in billing cycle: 31

**James R Marte JR**
Account number: **43-787-791-507-0**
**Questions?** Call 1-866-593-2543
Page: 1 of 2

## Account summary

| | Revolving | 6-Month Deferred |
|---|---|---|
| Balance of last statement | − 24,244.99 | 13,507.68 |
| Payments | − 0.00 | − 0.00 |
| New transactions this statement | − 739.39 | + 29.00 |
| FINANCE CHARGES | + 0.00 | + 249.98 |
| **(S) New balance** | **− 24,984.38** | **13,786.66** |
| **Minimum payment due on Sep 21, 2006** | **$0.00** | **$907.00** |
| *Average daily balance* | *$0.00* | *$13,628.11* |

## Financial terms

| | |
|---|---|
| Daily periodic rate | 0.05918% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 21.60% |

## Star Rewards benefits

**Store services**

| | |
|---|---|
| Annual services | 18 |
| Services used | − 0 |
| Remaining as of Aug 30, 2006 | 18 |

Redeem your free services for gift wrap, basic alterations or local delivery (up to $60)!

Visit The Down Town Dog Pet Boutique and receive a FREE treat with any purchase. Located at Marshall Field's State Street, Lower Level.

For Priority Customer Service call 1-866-593-2543.

## Revolving account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Jul 28 | State Street | Dining Room Furniture | − 498.76 |
| | | **Receipt total** | **− 498.76** |
| Jul 28 | State Street | Sales tax Payable IL | − 90.39 |
| | | **Receipt total** | **− 90.39** |
| Jul 28 | State Street | Sales tax Payable IL | − 49.16 |
| | | **Receipt total** | **− 49.16** |
| Jul 28 | State Street | Sales tax Payable IL | − 49.16 |
| | | **Receipt total** | **− 49.16** |
| Jul 28 | State Street | Sales tax Payable IL | − 16.26 |
| | | **Receipt total** | **− 16.26** |
| Jul 28 | State Street | Sales tax Payable IL | − 14.57 |
| | | **Receipt total** | **− 14.57** |
| Jul 28 | State Street | Sales tax Payable IL | − 13.75 |
| | | **Receipt total** | **− 13.75** |

(continued on next page)

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at **www.macys.com/paybill**, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

 **macy's**    **Payment slip**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

Account number: **43-787-791-507-0**
**Payment due date: Sep 21, 2006**

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| Revolving – 20 | −24,984.38 | $0.00 $ | |
| 6-Month Deferred – 36 | 13,786.66 | $907.00 $ | |
| | Total amount enclosed $ | | |

64-12 14792 1/2

**JAMES R MARTE JR**
**APT 22F**
**100 E BELLEVUE PL**
**CHICAGO, IL 60611-5188**

014783

**PO BOX 689195**
**DES MOINES IA 50368-9195**

 **★macy's**    star **REWARDS**     

---

James R Marte JR    Account number: 43-787-791-507-0    Page: 2 of 2

## Revolving account transaction details continued

| Date | Store | Description | Amount |
|------|-------|-------------|--------|
| Jul 28 | State Street | Sales tax Payable IL | – 7.34 |
| | | Receipt total | – 7.34 |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|------|-------|-------------|--------|
| Aug 27 | | Late Payment Fee | 29.00 |
| Jul 03 | | Merchandise | 4,007.04 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 4,007.04 |
| | | Deferral plan ends | Nov 1, 2006 |
| Jul 03 | | Merchandise | 1,024.58 |
| Jul 03 | | Merchandise | |
| Jul 03 | | Merchandise | |
| Jul 03 | | Merchandise | |
| | | Receipt total | 1,024.58 |
| | | Deferral plan ends | Nov 1, 2006 |
| Jul 03 | | Merchandise | 752.06 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 752.06 |
| | | Deferral plan ends | Nov 1, 2006 |
| Jul 11 | | Merchandise | 5,954.67 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 5,954.67 |
| | | Deferral plan ends | Jan 1, 2007 |
| Jul 11 | | Merchandise | 5,210.25 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 5,210.25 |
| | | Deferral plan ends | Jan 1, 2007 |
| Jul 11 | | Merchandise | 2,555.18 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 2,555.18 |
| | | Deferral plan ends | Jan 3, 2007 |

*THIS IS A FRIENDLY REMINDER THAT YOUR PAYMENT HAS NOT BEEN RECEIVED FOR THIS MONTH'S BILLING PERIOD ON YOUR 6-MONTH DEFERRED ACCOUNT. IF YOU HAVE ALREADY MADE THIS PAYMENT, THANK YOU. WE LOOK FORWARD TO YOUR CONTINUED PATRONAGE. PLEASE CALL 1-888-595-7860*

  

star **REWARDS**

## Elite Star Rewards account statement

For the period ending Aug 27, 2006
Days in billing cycle: 28

James R Marte JR
Account number: 43-787-791-507-0
**Questions?** Call 866-593-2543
Page: 1 of 1

## Account summary

|  | 6-Month Deferred |
| --- | --- |
| Balance of last statement | 13,507.68 |
| Payments | – 0.00 |
| New transactions this statement | + 29.00 |
| FINANCE CHARGES | + 249.98 |
| 💲 **New balance** | **13,786.66** |
| **Minimum payment due on Sep 21, 2006** | **$907.00** |

## Financial terms

| Average daily balance | $13,628.11 |
| --- | --- |
| Daily periodic rate | 0.05918% |
| CORRESPONDING | |
| **ANNUAL PERCENTAGE RATE** | **24.90%** |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
| --- | --- | --- | --- |
| Aug 30 | | Late Payment Fee | 29.00 |



Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at **www.macys.com/paybill**, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

★macy's     **Payment slip**

Account number: 43-787-791-507-0
**Payment due date: Sep 21, 2006**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name – Type | New balance | Minimum payment | Amount enclosed |
| --- | --- | --- | --- |
| 6-Month Deferred – 36 | 13,786.66 | $907.00 $ | |

REPRINT
64-12 89

**JAMES R MARTE JR**
**845 BROOKLINE LN**
**PARK RIDGE, IL 60068-2609**

000090

PO BOX 689195
DES MOINES IA 50368-9195

 **★macy's** star **REWARDS** 

## Elite Star Rewards account statement

For the period ending Sep 27, 2006
Days in billing cycle: 28

**James R Marte JR**
Account number: 43-787-791-507-0
Questions? Call 866-593-2543
Page: 1 of 1

### Account summary

|  | 6-Month Deferred |
|---|---|
| Balance of last statement | 13,786.66 |
| Payments | – 0.00 |
| New transactions this statement | – 3,143.37 |
| FINANCE CHARGES | + 202.64 |
| **⑤ New balance** | **10,845.93** |
| **Minimum payment due on Oct 22, 2006** | **$353.00** |

### Financial terms

| Average daily balance | $11,047.64 |
|---|---|
| Daily periodic rate | 0.05918% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 24.90% |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Aug 31 | | Transfer Balance | – 3,146.37 |
| Aug 31 | | Transfer Balance | 3,146.37 |
| Aug 31 | | Transfer Balance | – 3,143.37 |

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at www.macys.com/paybill, or by mail. **Payments received by 5:00pm local time will be credited as of the date received.**

**★macy's Payment slip**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

Account number: 43-787-791-507-0
Payment due date: Oct 22, 2006

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 10,845.93 | $353.00 $ | |

REPRINT
64-12 90

**JAMES R MARTE JR**
**845 BROOKLINE LN**
**PARK RIDGE, IL 60068-2609**

000091

**PO BOX 689195**
**DES MOINES IA 50368-9195**



0000043787791.5023L  0035300  1004507  0000000

 **★macys**

**star REWARDS**



## Elite Star Rewards account statement

For the period ending Sep 27, 2006
Days in billing cycle: 31

James R Marte JR
Account number: 43-787-791-507-0
Questions? Call 1-866-593-2543
Page: 1 of 2

## Account summary

|  | Revolving | 6-Month Deferred |
|---|---|---|
| Balance of last statement | – 24,984.38 | 13,786.66 |
| Payments | – 0.00 | – 0.00 |
| New transactions this statement | + 3,143.37 | – 3,143.37 |
| FINANCE CHARGES | + 0.00 | + 202.64 |
| $ **New balance** | **– 21,841.01** | **10,845.93** |
| Minimum payment due on Oct 22, 2006 | **$0.00** | **$353.00** |
| *Average daily balance* | $0.00 | $11,047.64 |

## Financial terms

| | |
|---|---|
| Daily periodic rate | 0.05918% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 21.60% |

## Star news

A new sensation is here – let the shopping begin coast to coast with more than 800 locations and at macys.com. Visit your local Macy's and see the new seasons fashions, fun and something fresh for everyone. It's Macy's – and it's new all over again!

## Revolving account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Aug 31 | | Transfer Balance | 3,146.37 |
| Aug 31 | | Transfer Balance | – 3,146.37 |
| Aug 31 | | Transfer Balance | 3,143.37 |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Aug 31 | | Transfer Balance | – 3,146.37 |
| Aug 31 | | Transfer Balance | 3,146.37 |
| Aug 31 | | Transfer Balance | – 3,143.37 |
| Jul 03 | | Merchandise | 4,007.04 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 4,007.04 |
| | | Deferral plan ends | Nov 1, 2006 |
| Jul 03 | | Merchandise | 1,024.58 |

(continued on next page)

## Star Rewards benefits

**Store services**

| | |
|---|---|
| Annual services | 18 |
| Services used | – 0 |
| Remaining as of Sep 29, 2006 | 18 |

Redeem your free services for gift wrap, basic alterations or local delivery (up to $60)!

50% off all Karastan Carpet and Area Rugs during semi annual sale starts Sept. 15 Save 20% On Oriental and Area Rug Cleaning Now through October 28, 2006. Call 1-800-552-5020 to schedule a pickup Macy's Oriental Rug Galleries.

For Priority Customer Service call 1-866-593-2543.

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check, and make your check payable to Macy's. You can pay at any Macy's store, on-line at www.macys.com/paybill, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

**★macys**   **Payment slip**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

Account number: 43-787-791-507-0
**Payment due date: Oct 22, 2006**

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| Revolving – 20 | –21,841.01 | $0.00 | $ |
| 6-Month Deferred – 36 | 10,845.93 | $353.00 | $ |
| | | Total amount enclosed | $ |

64 12 16682 1/2

**JAMES R MARTE JR**
**APT 22F**      016669
**100 E BELLEVUE PL**
**CHICAGO, IL 60611-5188**

ıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllı

**PO BOX 689195**
**DES MOINES IA 50368-9195**

ıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllı



**star REWARDS**



James R Marte JR    Account number: 43-787-791-507-0

## 6-Month Deferred account transaction details continued

| Date | Store | Description | Amount |
|------|-------|-------------|--------|
| Jul 03 | | Merchandise | |
| Jul 03 | | Merchandise | |
| Jul 03 | | Merchandise | |
| | | Receipt total | 1,024.58 |
| | | Deferral plan ends | Nov 1, 2006 |
| Jul 03 | | Merchandise | 752.06 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 752.06 |
| | | Deferral plan ends | Nov 1, 2006 |
| Jul 11 | | Merchandise | 5,954.67 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 5,954.67 |
| | | Deferral plan ends | Jan 1, 2007 |
| Jul 11 | | Merchandise | 5,210.25 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 5,210.25 |
| | | Deferral plan ends | Jan 1, 2007 |
| Jul 11 | | Merchandise | 2,555.18 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 2,555.18 |
| | | Deferral plan ends | Jan 3, 2007 |



Reach out & **spook** someone!

Give flowers as a hostess gift for Halloween with your Macy's Star Rewards Card!

www.macys.flowerclub.com
Enter promo code MACY at checkout.

 **star REWARDS**  

## Elite Star Rewards account statement

For the period ending Oct 27, 2006
Days in billing cycle: 28

James R Marte JR
Account number: **43-787-791-507-0**
**Questions?** Call 866-593-2543
Page: 1 of 1



### Account summary

|  | 6-Month Deferred |
|---|---|
| Balance of last statement | 10,845.93 |
| Payments | − 0.00 |
| New transactions this statement | + 29.00 |
| FINANCE CHARGES | + 194.19 |
| **$ New balance** | **11,069.12** |
| **Minimum payment due on Nov 21, 2006** | **$735.00** |

### Financial terms

| | |
|---|---|
| Average daily balance | $10,939.39 |
| Daily periodic rate | 0.05918% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 24.90% |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Oct 30 | | Late Payment Fee | 29.00 |

---

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at **www.macys.com/paybill**, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

Account number: **43-787-791-507-0**
**Payment due date: Nov 21, 2006**

 **Payment slip**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 11,069.12 | $735.00 | $ |

---

REPRINT
64 12 91

000092

**JAMES R MARTE JR**
**845 BROOKLINE LN**
**PARK RIDGE, IL 60068-2609**

IIıIlıIlııIIıııIlıIıIıIıIılIIllıIlıIlıIıIılIıIılıIIlI

**PO BOX 689195**
**DES MOINES IA 50368-9195**

IıIıIlIıııIIıIllıIıIıIıIıııIIIlıIıIılIıIıIıIılIIlıI



star **REWARDS**



## Elite Star Rewards account statement

For the period ending Oct 27, 2006
Days in billing cycle: 30

**James R Marte JR**
Account number: 43-787-791-507-0
**Questions?** Call 1-866-593-2543
Page: 1 of 1

## Account summary

|  | 6-Month Deferred |
|---|---|
| Balance of last statement | 0.00 |
| Payments | – 0.00 |
| New transactions this statement | + 0.00 |
| FINANCE CHARGES | + 0.00 |
| 💲 New balance | 16,852.80 |
| Minimum payment due on Nov 21, 2006 | $735.00 |

## Financial terms

| | |
|---|---|
| Average daily balance | $0.00 |
| Daily periodic rate | 0.00000% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 0.00% |

*YOUR PAYMENT FOR LAST MONTH'S BILLING PERIOD HAS NOT BEEN RECEIVED. IF THERE ARE CIRCUMSTANCES AFFECTING THE PAYMENT OF YOUR 6-MONTH DEFERRED ACCOUNT, WE WOULD APPRECIATE THE OPPORTUNITY TO DISCUSS IT WITH YOU. IF THIS HAS BEEN AN OVERSIGHT, PLEASE ACCEPT THIS NOTICE AS A FRIENDLY REMINDER. THANK YOU. PLEASE CALL 1-888-595-7860 TO MAKE PAYMENT ARRANGEMENTS, SPEAK TO AN AGENT, OR PAY BY PHONE.*

---

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at www.macys.com/paybill, or by mail.
Payments received by 5:00pm local time will be credited as of the date received.

Account number: **43-787-791-507-0**
**Payment due date: Nov 21, 2006**

## Payment slip

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 16,852.80 | $735.00 $ | |

64-12 390

**JAMES R MARTE JR**
**APT 22F**
**100 E BELLEVUE PL**
**CHICAGO, IL 60611**

000391

**PO BOX 689195**
**DES MOINES IA 50368-9195**

0000043787791507366 0073500 1685280 0000000 6413

# ★macy's

**star REWARDS**



## lite Star Rewards account statement

r the period ending Oct 21, 2007
ys in billing cycle: 30

James R Marte JR
Account number: 43-787-791-507-0
Questions? Call 866-593-2543
Page: 1 of 1

## ccount summary

| | 6-Month Deferred |
|---|---|
| lance of last statement | 4,448.07 |
| yments | − 0.00 |
| ew transactions this statement | + 35.00 |
| NANCE CHARGES | + 91.93 |
| **New balance** | **4,575.00** |
| **Minimum payment due on Nov 21, 2007** | **$653.00** |

## Financial terms

| | |
|---|---|
| Average daily balance | $4,492.34 |
| Daily periodic rate | 0.06822% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 24.90% |

## ·-Month Deferred account transaction details

| ate | Store | Description | Amount |
|---|---|---|---|
| ct 21 | | Late Payment Fee | 35.00 |

---

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at www.macys.com/paybill, or by mail.
Payments received by 5:00pm local time will be credited as of the date received.

Account number: 43-787-791-507-0
**Payment due date: Nov 21, 2007**

## ★macy's    Payment slip

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 4,575.00 | $653.00 | $ |

84-12 21968                                    822959

**JAMES R MARTE JR**
845 BROOKLINE LN
PARK RIDGE, IL 60068-2609

PO BOX 689195
DES MOINES IA 50368-9195

000004378779150736  0065300  0457500  0000000  6410

 **★macy's**    star **REWARDS**     

## Elite Star Rewards account statement

For the period ending Nov 27, 2006
Days in billing cycle: 28

**James R Marte JR**
Account number: 43-787-791-507-0
**Questions?** Call 866-593-2543
Page: 1 of 1

## Account summary

|  | 6-Month Deferred |
|---|---|
| Balance of last statement | 11,069.12 |
| Payments | - 0.00 |
| New transactions this statement | + 5,812.68 |
| FINANCE CHARGES | + 297.96 |
| $ **New balance** | **17,179.76** |
| **Minimum payment due on Dec 22, 2006** | **$1,351.00** |

## Financial terms

| Average daily balance | $16,244.10 |
|---|---|
| Daily periodic rate | 0.05918% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 24.90% |



## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Jul 03 | Somerset | Merchandise | 4,007.04 |
| Jul 03 | Somerset | Merchandise | |
| | | **Receipt total** | **4,007.04** |
| | | **Deferral plan ends** | **Nov 1, 2006** |
| Jul 03 | Somerset | Merchandise | 1,024.58 |
| Jul 03 | Somerset | Merchandise | |
| Jul 03 | Somerset | Merchandise | |
| Jul 03 | Somerset | Merchandise | |
| | | **Receipt total** | **1,024.58** |
| | | **Deferral plan ends** | **Nov 1, 2006** |
| Jul 03 | Somerset | Merchandise | 752.06 |
| Jul 03 | Somerset | Merchandise | |
| | | **Receipt total** | **752.06** |
| | | **Deferral plan ends** | **Nov 1, 2006** |
| Nov 29 | | Late Payment Fee | 29.00 |

---

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at www.macys.com/paybill, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

**★macy's  Payment slip**

Account number: 43-787-791-507-0
**Payment due date: Dec 22, 2006**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 17,179.76 | $1,351.00 | $ |

---

REPRINT
64-12 92

000093

**JAMES R MARTE JR**
**845 BROOKLINE LN**
**PARK RIDGE, IL 60068-2609**

**PO BOX 689195**
**DES MOINES IA 50368-9195**

 **★macy's**     star **REWARDS**     

## Elite Star Rewards account statement

For the period ending Nov 27, 2006
Days in billing cycle: 31

**James R Marte JR**
Account number: 43-787-791-507-0
**Questions? Call 1-866-593-2543**
Page: 1 of 2

## Account summary

|  | Revolving | 6-Month Deferred |
|---|---|---|
| Balance of last statement | – 21,841.01 | 11,069.12 |
| Payments | – 0.00 | – 0.00 |
| New transactions this statement | + 0.00 | + 5,812.68 |
| FINANCE CHARGES | + 0.00 | + 297.96 |
| $ New balance | – 21,841.01 | 17,179.76 |
| **Minimum payment due on Dec 22, 2006** | **$0.00** | **$1,351.00** |
| *Average daily balance* | *$0.00* | *$16,244.10* |

## Financial terms

| Daily periodic rate | 0.05918% |
|---|---|
| CORRESPONDING ANNUAL PERCENTAGE RATE | 21.60% |

## Star Rewards benefits

**Store services**

| Annual services | 18 |
|---|---|
| Services used | – 0 |
| Remaining as of Nov 29, 2006 | 18 |

Redeem your free services for gift wrap, basic alterations or package delivery (up to $60)!

## Revolving account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Feb 25 | State Street | Deferred Event Furniture Deposit | |
| | | Receipt total | 4,007.04 |
| Feb 25 | State Street | Deferred Event Occasional Furniture Dining Room Furniture Ups | |
| | | Receipt total | 1,024.58 |
| Jan 31 | State Street | Deferred Event Lamps/Mirrors | |
| | | Receipt total | 752.06 |
| Jul 03 | | Merchandise | – 4,007.04 |
| Jul 03 | | Merchandise | |
| | | Receipt total | – 4,007.04 |
| Jul 03 | | Merchandise | – 1,024.58 |
| Jul 03 | | Merchandise | |

(continued on next page)

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at www.macys.com/paybill, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**



**★macy's**    **Payment slip**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

Account number: 43-787-791-507-0
**Payment due date: Dec 22, 2006**

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| Revolving – 20 | –21,841.01 | $0.00 $ | |
| 6-Month Deferred – 36 | 17,179.76 | $1,351.00 $ | |
| | | Total amount enclosed $ | |

64-12 16506 1/2

**JAMES R MARTE JR**    016494
**APT 22F**
**100 E BELLEVUE PL**
**CHICAGO, IL 60611-5188**

।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।

**PO BOX 689195**
**DES MOINES IA 50368-9195**

।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।।

0000043787791507499 0135100 0000000 0000000 6414

★macy's

star **REWARDS**



James R Marte JR    Account number: 43-787-791-507-0

Page: 2 of 2

## Revolving account transaction details continued

| Date | Store | Description | Amount |
|------|-------|-------------|--------|
| Jul 03 | | Merchandise | |
| Jul 03 | | Merchandise | |
| | | Receipt total | − 1,024.58 |
| Jul 03 | | Merchandise | − 752.06 |
| Jul 03 | | Merchandise | |
| | | Receipt total | − 752.06 |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|------|-------|-------------|--------|
| Jul 03 | | Merchandise | 4,007.04 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 4,007.04 |
| | | Deferral plan ends | Nov 1, 2006 |
| Jul 03 | | Merchandise | 1,024.58 |
| Jul 03 | | Merchandise | |
| Jul 03 | | Merchandise | |
| Jul 03 | | Merchandise | |
| | | Receipt total | 1,024.58 |
| | | Deferral plan ends | Nov 1, 2006 |
| Jul 03 | | Merchandise | 752.06 |
| Jul 03 | | Merchandise | |
| | | Receipt total | 752.06 |
| | | Deferral plan ends | Nov 1, 2006 |
| Nov 27 | | Late Payment Fee | 29.00 |
| Jul 11 | | Merchandise | 5,954.67 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 5,954.67 |
| | | Deferral plan ends | Jan 1, 2007 |
| Jul 11 | | Merchandise | 5,210.25 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 5,210.25 |
| | | Deferral plan ends | Jan 1, 2007 |
| Jul 11 | | Merchandise | 2,555.18 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 2,555.18 |
| | | Deferral plan ends | Jan 3, 2007 |

*YOUR PAYMENT FOR THE AMOUNT DUE INDICATED ON THIS STATEMENT HAS NOT BEEN RECEIVED ON YOUR 6-MONTH DEFERRED ACCOUNT. IF THERE IS A SPECIFIC REASON YOU ARE WITHHOLDING PAYMENT, PLEASE LET US KNOW. YOU ARE A VALUED CUSTOMER AND WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU. PLEASE CALL 1-888-595-7860*

 

star**REWARDS**

## Elite Star Rewards account statement

For the period ending Dec 27, 2006
Days in billing cycle: 28

James R Marte JR
Account number: **43-787-791-507-0**
**Questions?** Call 866-593-2543
Page: 1 of 1



### Account summary

| | 6-Month Deferred |
|---|---|
| Balance of last statement | 17,179.76 |
| Payments | . – 0.00 |
| New transactions this statement | + 29.00 |
| FINANCE CHARGES | + 307.59 |
| $ **New balance** | **17,516.35** |
| **Minimum payment due on Jan 21, 2007** | **$1,938.00** |

### Financial terms

| | |
|---|---|
| Average daily balance | $17,327.80 |
| Daily periodic rate | 0.05918% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 24.90% |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Dec 29 | | Late Payment Fee | 29.00 |

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at **www.macys.com/paybill**, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

 **Payment slip**

Account number: **43-787-791-507-0**
**Payment due date: Jan 21, 2007**

The creditor is Department Stores National Bank.

☐ **New address or phone number?**
Please provide the information on the reverse side.

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | **17,516.35** | **$1,938.00** | $ |

REPRINT
64-12 93

000094

**JAMES R MARTE JR**
**845 BROOKLINE LN**
**PARK RIDGE, IL 60068-2609**

 Illıl..llı. llııllı.l.dııdıld.lllıılı.lılılıldıldı.llıl

**PO BOX 689195**
**DES MOINES IA 50368-9195**

I.lıl.dlı....llıllı.lı.l.dı..ıllllıı.lılı..lılılıl..l

000004374779150231 0187400 17514 75 070500 0115

 **★macy's**

**star REWARDS**



## Elite Star Rewards account statement

For the period ending Dec 27, 2006
Days in billing cycle: 30

**James R Marte JR**
Account number: 43-787-791-507-0
**Questions?** Call 866-593-2543
Page: 1 of 2

## Account summary

| | Revolving | 6-Month Deferred |
|---|---|---|
| Balance of last statement | ~ 21,841.01 | 17,179.76 |
| Payments | – 0.00 | – 0.00 |
| New transactions this statement | + 0.00 | + 29.00 |
| FINANCE CHARGES | + 0.00 | + 307.59 |
| 💲 New balance | – 21,841.01 | 17,516.35 |
| Minimum payment due on Jan 21, 2007 | $0.00 | $1,938.00 |
| *Average daily balance* | $0.00 | $17,327.80 |

### Financial terms

| | |
|---|---|
| Daily periodic rate | 0.05918% |
| CORRESPONDING | |
| ANNUAL PERCENTAGE RATE | 21.60% |

*NO PAYMENT IS REQUIRED ON YOUR REVOLVING ACCOUNT. THIS CREDIT BALANCE CAN BE APPLIED TO FUTURE PURCHASES. HOWEVER, IF YOU WOULD LIKE TO OBTAIN A REFUND CHECK, PLEASE FEEL FREE TO CALL OUR CUSTOMER SERVICE DEPARTMENT AT THE PHONE NUMBER LISTED ON YOUR STATEMENT OR RETURN YOUR PAYMENT SLIP IN THE ENCLOSED ENVELOPE.*

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Dec 27 | | Late Payment Fee | 29.00 |
| Jul 11 | | Merchandise | 5,954.67 |
| Jul 11 | | Merchandise | |
| | | **Receipt total** | **5,954.67** |
| | | **Deferral plan ends** | **Jan 1, 2007** |
| Jul 11 | | Merchandise | |
| Jul 11 | | Merchandise | 5,210.25 |
| | | **Receipt total** | **5,210.25** |
| | | **Deferral plan ends** | **Jan 1, 2007** |
| Jul 11 | | Merchandise | 2,555.18 |
| | | (continued on next page) | |

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at **www.macys.com/paybill**, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

Account number: **43-787-791-507-0**
**Payment due date: Jan 21, 2007**

 **★macy's**    **Payment slip**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| Revolving ~ 20 | –21,841.01 | $0.00 $ | |
| 6-Month Deferred – 36 | 17,516.35 | $1,938.00 $ | |
| | | Total amount enclosed $ | |

64-12 19546 1/2

**JAMES R MARTE JR**
**APT 22F**        019507
**100 E BELLEVUE PL**
**CHICAGO, IL 60611-5188**

**PO BOX 689195**
**DES MOINES IA 50368-9195**

0000004378779150799 0193800 0000000 0000000 6416

★macy's                         star REWARDS



James R Marte JR        Account number: 43-787-791-507-0

# 6-Month Deferred account transaction details continued

| Date | Store | Description | Amount |
|------|-------|-------------|--------|
| Jul 11 | | Merchandise | |
| | | Receipt total | |
| | | Deferral plan ends | 2,555.18 |
| | | | Jan 3, 2007 |

*YOUR ACCOUNT IS NOW THREE MONTHS PAST DUE. PLEASE MAKE A PAYMENT FOR THE OVERDUE AMOUNT ON YOUR 6-MONTH DEFERRED ACCOUNT AT ONCE OR CONTACT US CONCERNING A PAYMENT PLAN TO BRING YOUR ACCOUNT CURRENT. PLEASE CALL 1-888-595-7860*

 **★macys** star **REWARDS**  

## Elite Star Rewards account statement

For the period ending Jan 27, 2007
Days in billing cycle: 28

**James R Marte JR**
Account number: 43-787-791-507-0
**Questions?** Call 866-593-2543
Page: 1 of 1



## Account summary

| | 6-Month Deferred |
|---|---|
| Balance of last statement | 17,516.35 |
| Payments | – 0.00 |
| New transactions this statement | + 13,749.10 |
| FINANCE CHARGES | + 625.58 |
| 💲 **New balance** | **31,891.03** |
| **Minimum payment due on Feb 21, 2007** | **$3,003.00** |

## Financial terms

| | |
|---|---|
| Average daily balance | $29,585.30 |
| Daily periodic rate | 0.06822% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 24.90% |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Jul 11 | Somerset | Merchandise | 5,954.67 |
| Jul 11 | Somerset | Merchandise | |
| | | Receipt total | 5,954.67 |
| | | Deferral plan ends | Jan 1, 2007 |
| Jul 11 | Somerset | Merchandise | 5,210.25 |
| Jul 11 | Somerset | Merchandise | |
| | | Receipt total | 5,210.25 |
| | | Deferral plan ends | Jan 1, 2007 |
| Jul 11 | Somerset | Merchandise | 2,555.18 |
| Jul 11 | Somerset | Merchandise | |
| | | Receipt total | 2,555.18 |
| | | Deferral plan ends | Jan 3, 2007 |
| Jan 30 | | Late Payment Fee | 29.00 |

---

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at www.macys.com/paybill, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

**★macys    Payment slip**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

Account number: **43-787-791-507-0**
**Payment due date: Feb 21, 2007**

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 31,891.03 | $3,003.00 | $ |

REPRINT
64-12 94

**JAMES R MARTE JR**
**845 BROOKLINE LN**
**PARK RIDGE, IL 60068-2609**

000095

**PO BOX 689195**
**DES MOINES IA 50368-9195**

 ★macy's

star **REWARDS**



# Elite Star Rewards account statement

For the period ending Jan 27, 2007
Days in billing cycle: 31

James R Marte JR
Account number: 43-787-791-507-0
Questions? Call 866-593-2543
Page: 1 of 1

## Account summary

|  | 6-Month Deferred |
|---|---|
| Balance of last statement | 17,516.35 |
| Payments | − 0.00 |
| New transactions this statement | + 13,749.10 |
| FINANCE CHARGES | + 625.58 |
| $ New balance | 31,891.03 |
| Minimum payment due on Feb 21, 2007 | $3,003.00 |

## Financial terms

| Average daily balance | $29,585.30 |
|---|---|
| Daily periodic rate | 0.06822% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 24.90% |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Jul 11 | | Merchandise | 5,954.67 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 5,954.67 |
| | | Deferral plan ends | Jan 1, 2007 |
| Jul 11 | | Merchandise | 5,210.25 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 5,210.25 |
| | | Deferral plan ends | Jan 1, 2007 |
| Jul 11 | | Merchandise | 2,555.18 |
| Jul 11 | | Merchandise | |
| | | Receipt total | 2,555.18 |
| | | Deferral plan ends | Jan 3, 2007 |
| Jan 27 | | Late Payment Fee | 29.00 |

*YOUR ACCOUNT IS NOW FOUR MONTHS PAST DUE. PLEASE MAKE A PAYMENT FOR THE OVERDUE AMOUNT ON YOUR 6-MONTH DEFERRED ACCOUNT AT ONCE OR CONTACT US CONCERNING A PAYMENT PLAN TO BRING YOUR ACCOUNT CURRENT. PLEASE CALL 1-888-595-7860*

---

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at www.macys.com/paybill, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

★macy's    **Payment slip**

Account number: **43-787-791-507-0**
Payment due date: Feb 21, 2007

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 31,891.03 | $3,003.00 | $ |

---

64-12 19041

**JAMES R MARTE JR**
**APT 22F**
**100 E BELLEVUE PL**
**CHICAGO, IL 60611-5188**

019018

PO BOX 689195
DES MOINES IA 50368-9195

0000043787791150736 0300300 3189103 0000000 6417

 **★macy's**

star **REWARDS** 

## Elite Star Rewards account statement

For the period ending Feb 27, 2007
Days in billing cycle: 28

**James R Marte JR**
Account number: **43-787-791-507-0**
**Questions?** Call 866-593-2543
Page: 1 of 1

## Account summary

|  | **6-Month Deferred** |
|---|---|
| Balance of last statement | 31,891.03 |
| Payments | – 0.00 |
| New transactions this statement | + 29.00 |
| FINANCE CHARGES | + 681.28 |
| 💲 **New balance** | **32,601.31** |
| **Minimum payment due on Mar 24, 2007** | **$4,068.00** |

*Your total 2006 finance charge was $1,252.36.*

## Financial terms

| | |
|---|---|
| Average daily balance | $32,219.44 |
| Daily periodic rate | 0.06822% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 24.90% |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Mar 02 | | Late Payment Fee | 29.00 |

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at **www.macys.com/paybill**, or by mail. **Payments received by 5:00pm local time will be credited as of the date received.**



**★macy's**    **Payment slip**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

Account number: **43-787-791-507-0**
**Payment due date: Mar 24, 2007**

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 32,601.31 | $4,068.00 | $ |

REPRINT
64-12 95

**JAMES R MARTE JR**
**845 BROOKLINE LN**
**PARK RIDGE, IL 60068-2609**

000096

**PO BOX 689195**
**DES MOINES IA 50368-9195**

0000043787791507 36   040680 0   331 0131  0000000  1 01/

 **★macy's**

**star REWARDS**

 

## Elite Star Rewards account statement

For the period ending Feb 27, 2007
Days in billing cycle: 31

**James R Marte JR**
Account number: **43-787-791-507-0**
**Questions?** Call 866-593-2543
Page: 1 of 1

## Account summary

|  | 6-Month Deferred |
|---|---|
| Balance of last statement | 31,891.03 |
| Payments | − 0.00 |
| New transactions this statement | + 29.00 |
| FINANCE CHARGES | + 681.28 |
| **$ New balance** | **32,601.31** |
| **Minimum payment due on Mar 24, 2007** | **$4,068.00** |

## Financial terms

| Average daily balance | $32,219.44 |
|---|---|
| Daily periodic rate | 0.06822% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 24.90% |

*FOR YOUR INFORMATION, ENCLOSED PLEASE FIND OUR CURRENT "PRIVACY POLICY" (ONLINE CUSTOMERS, PLEASE REFERENCE "PRIVACY POLICY" PAGE).*

*Your total 2006 finance charge was $1,252.36.*

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Feb 27 |  | Late Payment Fee | 29.00 |



Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at **www.macys.com/paybill**, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

**★macy's    Payment slip**

Account number: **43-787-791-507-0**
**Payment due date: Mar 24, 2007**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name ~ Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 32,601.31 | $4,068.00 | $ |

64-12 25418

**JAMES R MARTE JR**
**APT 22F**
**100 E BELLEVUE PL**
**CHICAGO, IL 60611-5188**

825403

**PO BOX 689195**
**DES MOINES IA 50368-9195**



000004378779150736  040640000  331013100  0000000000  04000

  

**star REWARDS**

## Elite Star Rewards account statement

For the period ending Mar 27, 2007
Days in billing cycle: 28

**James R Marte JR**
Account number: 43-787-791-507-0
**Questions?** Call 866-593-2543
Page: 1 of 1

## Account summary

| | 6-Month Deferred |
|---|---|
| Balance of last statement | 32,601.31 |
| Payments | – 0.00 |
| New transactions this statement | + 29.00 |
| FINANCE CHARGES | + 628.41 |
| 💲 **New balance** | **33,258.72** |
| **Minimum payment due on Apr 21, 2007** | **$5,133.00** |

## Financial terms

| | |
|---|---|
| Average daily balance | $32,903.25 |
| Daily periodic rate | 0.06822% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 24.90% |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Mar 27 | | Late Payment Fee | 29.00 |

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at www.macys.com/paybill, or by mail.
Payments received by 5:00pm local time will be credited as of the date received.

**Payment slip**

Account number: 43-787-791-507-0
Payment due date: Apr 21, 2007

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name - Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 33,258.72 | $5,133.00 | $ |

5,132
64-12 1523

**JAMES R MARTE JR**
**APT 22F**                    001618
**100 E BELLEVUE PL**
**CHICAGO, IL 60611-5188**

**PO BOX 689195**
**DES MOINES IA 50368-9195**

 **★macy's**

star **REWARDS**



## Elite Star Rewards account statement

For the period ending Mar 27, 2007
Days in billing cycle: 28

**James R Marte JR**
Account number: **43-787-791-507-0**
**Questions?** Call 866-593-2543
Page: 1 of 1

## Account summary

| | 6-Month Deferred |
|---|---|
| Balance of last statement | 32,601.31 |
| Payments | − 0.00 |
| New transactions this statement | + 29.00 |
| FINANCE CHARGES | + 628.41 |
| ⑤ New balance | 33,258.72 |
| Minimum payment due on Apr 21, 2007 | $5,133.00 |

## Financial terms

| | |
|---|---|
| Average daily balance | $32,903.25 |
| Daily periodic rate | 0.06822% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 24.90% |

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Mar 31 | | Late Payment Fee | 29.00 |

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at www.macys.com/paybill, or by mail. **Payments received by 5:00pm local time will be credited as of the date received.**

**★macy's    Payment slip**

The creditor is Department Stores National Bank.

☐ New address or phone number?
  Please provide the information on the reverse side.

Account number: **43-787-791-507-0**
**Payment due date: Apr 21, 2007**

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 33,258.72 | $5,133.00 | $ |

REPRINT
64-12 96

000097

**JAMES R MARTE JR**
**845 BROOKLINE LN**
**PARK RIDGE, IL 60068-2609**



**PO BOX 689195**
**DES MOINES IA 50368-9195**



 **macy's**

star **REWARDS**

 

# Elite Star Rewards account statement

For the period ending May 27, 2007
Days in billing cycle: 30

**James R Marte JR**
Account number: 43-787-791-507-0
**Questions?** Call 866-593-2543
Page: 1 of 1

## Account summary

|  | 6-Month Deferred |
|---|---|
| Balance of last statement | 33,258.72 |
| Payments | – 0.00 |
| New transactions this statement | + 0.00 |
| FINANCE CHARGES | + 687.35 |
| $ New balance | **33,946.07** |
| Minimum payment due on Jun 21, 2007 | **$1,307.00** |

*PLEASE SEE ENCLOSED IMPORTANT CHANGE IN TERMS NOTICE AND NOTICE OF RIGHT TO OPT OUT (ONLINE CUSTOMERS, PLEASE REFERENCE "TERMS" PAGE).*

*REMINDER: YOUR MINIMUM PAYMENT DUE MUST BE RECEIVED BY THE PAYMENT DUE DATE TO AVOID BEING CHARGED A LATE PAYMENT FEE. PAYMENTS RECEIVED AFTER THE PAYMENT DUE DATE WILL APPEAR ON THE FOLLOWING MONTH'S STATEMENT.*

## Financial terms

| Average daily balance | $33,589.72 |
|---|---|
| Daily periodic rate | 0.06822% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 24.90% |

## Star Rewards benefits

**Store services**

| Annual services | 18 |
|---|---|
| Services used | – 0 |
| Remaining as of May 29, 2007 | 18 |

Redeem your free services for gift wrap, basic alterations or package delivery (up to $60)!



Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at **www.macys.com/paybill**, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

Account number: 43-787-791-507-0
**Payment due date: Jun 21, 2007**

 **macy's**    **Payment slip**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 33,946.07 | $1,307.00 | $ |

5,L88
64-12 2540

004663

**JAMES R MARTE JR**
**845 BROOKLINE LN**
**PARK RIDGE, IL 60068-2609**

ΙιΙΙιιΙΙιιιΙΙιιΙΙιΙΙιΙΙιΙΙιιΙΙιΙΙιιΙΙιιΙΙ

**PO BOX 689195**
**DES MOINES IA 50368-9195**

ΙιΙΙιΙΙιιιιΙΙιιΙΙιΙΙιΙΙιΙΙιιιΙΙΙιιΙΙιΙΙιΙΙιιΙΙιΙ



0000004378779150736  0130700  3394607  0000000  5411.

  

**★macy's**                     star **REWARDS**

## Elite Star Rewards account statement

For the period ending Jun 21, 2007
Days in billing cycle: 25

**James R Marte JR**
Account number: **43-787-791-507-0**
**Questions?** Call 866-593-2543
Page: 1 of 1

## Account summary

|  | **6-Month Deferred** |
|---|---|
| Balance of last statement | 33,946.07 |
| Payments | − 29,868.09 |
| New transactions this statement | + 0.00 |
| FINANCE CHARGES | + 255.99 |
| $ New balance | 4,333.97 |
| Minimum payment due on Jul 16, 2007 | $1,104.00 |

*REMINDER: YOUR MINIMUM PAYMENT DUE MUST BE RECEIVED BY THE PAYMENT DUE DATE TO AVOID BEING CHARGED A LATE PAYMENT FEE. PAYMENTS RECEIVED AFTER THE PAYMENT DUE DATE WILL APPEAR ON THE FOLLOWING MONTH'S STATEMENT.*

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Jun 06 |  | Payment – thank you | − 29,868.09 |



## Financial terms

| Average daily balance | $15,011.68 |
|---|---|
| Daily periodic rate | 0.06822% |
| **CORRESPONDING ANNUAL PERCENTAGE RATE** | 24.90% |

## Star Rewards benefits

**Store services**

| Annual services | 18 |
|---|---|
| Services used | − 0 |
| Remaining as of Jun 26, 2007 | 18 |

Redeem your free services for gift wrap, basic alterations or package delivery (up to $60)!

**START YOUR DAY WITH USA TODAY!**
Start your day off right with home or office delivery of USA TODAY for 13 weeks for $45.50. Call 1-800-872-0001 and mention promo 170 or go online to www.usatodaysubscribe.com/macy. Not valid in Alaska. Local sales tax when applicable will be added to your order.

For Customer Service call 1-866-593-2543.

---

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at **www.macys.com/paybill**, or by mail.
**Payments received by 5:00pm local time will be credited as of the date received.**

**★macy's      Payment slip**

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

Account number: **43-787-791-507-0**
**Payment due date: Jul 16, 2007**

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 4,333.97 | $1,104.00 | $ |

64-12 21420                    021414

**JAMES R MARTE JR**
**845 BROOKLINE LN**
**PARK RIDGE, IL 60068-2609**

**PO BOX 689195**
**DES MOINES IA 50368-9195**



# ★macy's

## star REWARDS

# Elite Star Rewards account statement

**James R Marte JR**
Account number: 43-787-791-507-0
Questions? Call 866-593-2543
Page: 1 of 1

For the period ending Aug 21, 2007
Days in billing cycle: 31

## Account summary

|  | 6-Month Deferred |
|---|---|
| Balance of last statement | 4,210.46 |
| Payments | – 0.00 |
| New transactions this statement | + 35.00 |
| FINANCE CHARGES | + 82.65 |
| $ New balance | 4,328.11 |
| Minimum payment due on Sep 21, 2007 | $309.00 |

## Financial terms

| | |
|---|---|
| Average daily balance | $4,250.30 |
| Daily periodic rate | 0.06274% |
| CORRESPONDING ANNUAL PERCENTAGE RATE | 22.90% |

## Star Rewards benefits

| Store services | |
|---|---|
| Annual services | 18 |
| Services used | – 0 |
| Remaining as of Aug 23, 2007 | 18 |

Redeem your free services for gift wrap, basic alterations or package delivery (up to $60)!

## 6-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| Aug 21 | | Late Payment Fee | 35.00 |

---

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, on-line at www.macys.com/paybill, or by mail. Payments received by 5:00pm local time will be credited as of the date received.

Account number: 43-787-791-507-0
Payment due date: Sep 21, 2007

## ★macy's    Payment slip

The creditor is Department Stores National Bank.

☐ New address or phone number?
Please provide the information on the reverse side.

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 4,328.11 | $309.00 | $ |

64-12 26790            028775

**JAMES R MARTE JR**
**845 BROOKLINE LN**
**PARK RIDGE, IL 60068-2609**

**PO BOX 689195**
**DES MOINES IA 50368-9195**

00000437877915073b  0030900  0432811  0000000  b419

 **★macy's**

star**REWARDS**

 

## :lite Star Rewards account statement

or the period ending Sep 21, 2007
ays in billing cycle: 31

James R Marte JR
Account number: 43-787-791-507-0
**Questions? Call 866-593-2543**
Page: 1 of 1

### Account summary

|  | 6-Month Deferred |
|---|---|
| alance of last statement | 4,328.11 |
| ayments | − 0.00 |
| lew transactions this statement | + 35.00 |
| INANCE CHARGES | + 84.96 |
| ⑤ **New balance** | **4,448.07** |
| **Minimum payment due on Oct 21, 2007** | **$481.00** |

### Financial terms

| | |
|---|---|
| Average daily balance | $4,369.06 |
| Daily periodic rate | 0.06274% |
| CORRESPONDING | |
| ANNUAL PERCENTAGE RATE | 22.90% |

### Star Rewards benefits

**Store services**

| | |
|---|---|
| Annual services | 18 |
| Services used | − 0 |
| Remaining as of Sep 26, 2007 | 18 |

Redeem your free services for gift wrap, basic alterations or package delivery (up to $60)!

## 5-Month Deferred account transaction details

| Date | Store | Description | Amount |
|---|---|---|---|
| ;ep 21 | | Late Payment Fee | 35.00 |

Please t...
Macy's. You can pay at any Macy's store, on-line at www...
Payments received by 5:00pm local time will be credited as of the date received.

eck and make your check payable to

Account number: 43-787-791-507-0
**Payment due date: Oct 21, 2007**

 **★macy's**    **Payment slip**

The creditor is Department Stores National Bank.

☐ **New address or phone number?**
Please provide the information on the reverse side.

| Account name – Type | New balance | Minimum payment | Amount enclosed |
|---|---|---|---|
| 6-Month Deferred – 36 | 4,448.07 | $481.00 $ | |

64-12 21371                            821357

JAMES R MARTE JR
845 BROOKLINE LN
PARK RIDGE, IL 60068-2609

PO BOX 689195
DES MOINES IA 50368-9195

000004378779150736  0048100  0444807  0000000  6413



# Exhibit

# B

# CREDIT SERVICES, INC.

4710 Eisenhower Blvd., #B3    Tampa FL 33634
800-670-9944    813-849-6664    Fax 813-849-0914    E-mail: OCSFL2@AOL.COM

Date:      May 7, 2007

Name:      James R. Marte Jr.
           845 Brookline Ln
           Park Ridge, IL  60068

Re:        Macy's

Account:   43787791507

Balance:   $33,258.72

Please be advised, Omni Credit Services, as agent for DSNB Bank / Macy's, has been authorized to accept $29,868.09 as payment in full. Any derogatory information reported to the credit bureau regarding this account balance will be removed.

Please allow 30-45 days from the date of your payment for this to be completed. Funds must be received in our office no later than May 11, 2007.

Regards,

Kerry Murphy
General Manager

# Exhibit

# C

**CREDIT SERVICES, INC.**

4710 Eisenhower Blvd., #B3    Tampa FL 33634
800-670-9944    813-849-6664    Fax 813-849-0914    E-mail: OCSFL2@AOL.COM

Date:            July 13, 2007

Name            James R. Marte Jr
                 845 Brookline Ln
                 Park Ridge Il 60068

Re:              Macys

Account #        437877915507

Balance:         $33258.72

This is to advise that Omni Credit Services, Inc., as authorized agent for

_____Macys_____, has received your payment in the

amount of $29868.09_____ for the above noted account. This account

is now showing settled for this amount.

If you have any questions regarding this matter, please do not hesitate to
contact this office at 1-800-670-9944.

This information is from a debt collector.

Regards,

Jay Mancini
Office Manager

This is an attempt to collect a debt: any information obtained will be used for that purpose

# Exhibit

# D

POB 266
Woodbury, NY 11797


**ACRA**net **LendServ**
THE INFORMATION NETWORK

Tel: (866) 826-2131
Fax: (866) 826-2133
E-Mail: june.prensky@acranet.com

## ACRAnet Branch 308

PREPARED FOR:

# One Source Mortgage, Inc.
5372 N. MILWAUKEE AVE, CHICAGO, IL 60630

Reference #:    AHHBL-4313162

AUS Reference #:

Request Date:    8/2/2007

Completed Date:    8/2/2007

Credit Assure™

Applicant: MARTE, JAMES R JR

|  | High Experian | Middle TransUnion | Low Equifax |
|---|---|---|---|
| Credit bureau |  |  |  |
| Current score |  |  |  |
| Potential improvement* |  |  |  |
| Opportunity type |  |  |  |
| Timeframe | Accuracy Immediate |  |  |
| Potential score |  |  |  |



*Potential Improvement
Available cash is set at $2,000. Click on a "more..." button above to try different settings which may yield better results. Potential score improvements include the impact of actions identified by Credit Assure™ and the effect of time. Time may account for none, some, or all of a potential improvement, and may decrease it or even cause it to be negative.

Credit Assure™ disclaimers:
CreditXpert products are based on information derived from credit reports produced by the major credit reporting agencies. CreditXpert Inc. is not responsible for inaccurate results, including any due to incorrect, missing, or outdated credit report information. Score changes predicted by CreditXpert products are only estimates and are not guaranteed. CreditXpert Inc. does not represent that CreditXpert Credit Scores™ are identical or similar to credit scores produced by any other company. CreditXpert Inc. is not associated with Fair Isaac Corporation. CreditXpert Inc. is not a credit counseling or a credit repair organization.

THE FOREGOING IS NOT INTENDED TO PROVIDE OR IMPLY WARRANTIES OF ANY KIND. CREDITXPERT PRODUCTS ARE PROVIDED ON AN "AS IS" BASIS, AND CREDITXPERT INC. AND ITS DISTRIBUTORS DISCLAIM ANY AND ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SYSTEM INTEGRATION, NON-INTERFERENCE AND/OR ACCURACY OF INFORMATIONAL CONTENT.

Copyright © 2000-2006, CreditXpert Inc. All rights reserved. CreditXpert is a registered trademark of CreditXpert Inc.

POB 266
Woodbury, NY  11797


**LendServ**
THE INFORMATION NETWORK

Tel: (866) 826-2131
Fax: (866) 826-2133
E-Mail: junc.prensky@acranet.com

## ACRAnet Branch 308

PREPARED FOR:

# One Source Mortgage, Inc.

5372 N. MILWAUKEE AVE. CHICAGO, IL 60630

| | | | | |
|---|---|---|---|---|
| **Attention:** | CHUCK | **Prepared By:** | | **Report Type:** ONE SOURCE TRI MERGE |
| **Reference #:** | AHHBL-4313162 | **Request Date:** | 8/2/2007 | |
| **Password:** | 4SHcL9sShL | **Completed Date:** | 8/2/2007 | **Sources:** TU, EFX and XPN |
| **Client Loan #:** | | **Client #:** | 15038 | **Loan Type:** |
| **AUS Reference #:** | | | | **ECOA Type:** INDIVIDUAL |
| **Loan Officer:** | | | | |

## Applicant Information

| | | | |
|---|---|---|---|
| **Applicant:** | MARTE, JAMES R JR | **DOB:** 11/14/1946 | **SSN#:** ▮▮▮ |
| **Co-Applicant:** | | **DOB:** | **SSN#:** |
| **Street Address:** | 845 BROOKLINE LN | **Marital Status:** | |
| **City, State, Zip:** | PARK RIDGE,  IL  60068 | **Own/Rent:** | |
| **Length of Time:** | | **Dependants:** | |
| **Property:** | | | |

## Score Information

EFX FACTA BEACON 5.0 SCORE       Range ▮ to ▮       FOR: MARTE, JAMES R JR
Score Date: 8/2/2007                                                 EFX-1

TU FICO CLASSIC 04       Range ▮ to ▮       FOR: MARTE, JAMES R JR
Score Date: 8/2/2007                                         TU-1

XPN/FAIR, ISAAC MODEL II       Range ▮ to ▮       FOR: MARTE, JAMES R J
Score Date: 8/2/2007                                            XPN-1

## SCORE(S) DISCLOSURE

AHHBL-4313162

## NOTICE TO HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency (credit bureau) distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information a consumer reporting agency (credit bureau) or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency (credit bureau) at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency (credit bureau) plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender

**The credit reporting agency (CRA) is allowed to charge a reasonable fee for this disclosure**

| | | |
|---|---|---|
| EQUIFAX | PO BOX 105873, ATLANTA, GA 30348 | (800) 685-1111 |
| EXPERIAN | PO BOX 2002, ALLEN, TX 75013 | (888) 397-3742 |
| TRANSUNION | 2 BALDWIN PLACE, P. O. BOX 1000, CHESTER, PA 19022 | (800) 888-4213 |

**Notice: This is a Merged report containing information supplied by the sources shown. The merge process is automated and the report may include some duplications and/or omissions.**

## Trade Information

| Creditor Name | Date Reported | Date Opened | High Credit | Balance Owing | Terms | Current Status | Historical Status | | | | Past Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | DLA | | Credit Limit | | Acct. Type | ECOA | #Mo | Times Past Due | | | Last Past Due |
| | | | | | | | | 30 | 60 | 90 | |
| | | | | | | | TU-1 EFX-1 XPN-1 | | | | |
| | | | | | | | TU-1 EFX-1 XPN-1 | | | | |
| | | | | | | | TU-1 EFX-1 XPN-1 | | | | |
| DSNB MACYS | 07/07 | 07/06 | 33946 | 4210 | 137 | CURR | 13 | 1 | 1 | 3 | 0 |
| 437877915 | 07/07 | | | | | OPEN | I | TU-1 EFX-1 XPN-1 | | | 04/07 |
| Loan Term: MIN | | | | | | | | | | | |
| Late Dates: CHGOFF-4/2007 120+ SLOW-3/2007 120 SLOW-2/2007 90 SLOW-1/2007 60 SLOW-12/2006 30 SLOW-11/2006 | | | | | | | | | | | |
| CHARGE ACCOUNT | | | | | | | | | | | |

# Group Exhibit

# E

EUGENE A. DI MONTE
CHESTER A. LIZAK
ALAN L. STEFANIAK
LINSCOTT R. HANSON
RICCARDO A. DI MONTE
DAVID T. ARENA
ABRAHAM E. BRUSTEIN
ROBERT S. MINETZ
DENNIS S. NUDO
LEE T. POTERACKI

**DI MONTE & LIZAK, LLC**
ATTORNEYS AT LAW
216 West Higgins Road
Park Ridge, Illinois 60068-5736
(847) 698-9600
FAX (847) 698-9623
darena@dimonteandlizak.com

RICHARD W. LAUBENSTEIN
JEFFREY S. MC DONALD
PAUL A. GRECO*
MARGHERITA M. ALBARELLO
CHRISTOPHER S. NUDO
JULIA JENSEN SMOLKA
C. SARAH LAPPIN
IRA P. GOLDBERG
JEREMY A. DAMITIO

*Also admitted in New York
and New Jersey

WRITER'S EXT. 256

ROBERT S. CLEMENTI
1925  2004

August 25, 2006

Department Stores National Bank
P.O. Box 8066
Mason, OH 45040

Dear Account Representative:

The law firm of DiMonte & Lizak has been retained by James R. Marte, Jr. to dispute inaccuracies and errors appearing in his account, identified as account number 43-787-791-507-0. Mr. Marte is disputing the entire balance being claimed due on this account. Based on the information Mr. Marte has been able to obtained from the vendor of the merchandise, Marshall Field's, he believes a balance of $29,868.09 remains on the account, but payment of said balance and any interest is deferred until February of 2007.

Mr. Marte transacted business with Marshall Field's Interior Design Studio at 111 North State Street in Chicago, Illinois and made purchases from December of 2005 through June of 2006. At the time of making the initial purchase, it was represented to Mr. Marte by agents of Marshall Field's that all charges on the account would be deferred for six months. However, it would appear that since December of 2005, Mr. Marte was charged a minimum payment, interest, late charges and additional fees, inconsistent with Mr. Marte's agreement with Marshall Field's.

Pursuant to a statement by a Marshall Field's representative dated July 11, 2006, the billing on Mr. Marte's account was to be deferred through January of 2007, and all interest and late fees credited to the account. However, Mr. Marte's statement for the period ending July 27, 2006 reflects a minimum payment due of $439.00; again inconsistent with the parties' agreement.

In order to properly analyze Mr. Marte's account, I request that you provide me with copies of the original credit agreement and copies of all statements and/or correspondence concerning Mr. Marte's account from the period of December, 2005 through the present. Your prompt attention to this matter is appreciated.

Department Stores National Bank
August 25, 2006
Page 2


Please feel free to call me if you require additional information or would like to discuss this matter further.

Yours truly,

FILE COPY

David T. Arena

DTA/cae

cc:     Mr. James Marte, Jr.
        Ms. Molly O'Donnell

C:\MyFiles\Carol\DTA\Nyberg Exteriors\ltr to dept. stores nat'l. bank.wpd

EUGENE A. DI MONTE
CHESTER A. LIZAK
ALAN L. STEFANIAK
LINSCOTT R. HANSON
RICCARDO A. DI MONTE
DAVID T. ARENA
ABRAHAM E. BRUSTEIN
ROBERT S. MINETZ
DENNIS S. NUDO
LEE T. POTERACKI

ROBERT S. CLEMENTI
1925 - 2004

**DI MONTE & LIZAK, LLC**
ATTORNEYS AT LAW
216 West Higgins Road
Park Ridge, Illinois 60068-5736
(847) 698-9600
FAX (847) 698-9623
jdamitio@dimontelaw.com

RICHARD W. LAUBENSTEIN
JEFFREY S. MC DONALD
PAUL A. GRECO*
MARGHERITA M. ALBARELLO
CHRISTOPHER S. NUDO
JULIA JENSEN SMOLKA
C. SARAH LAPPIN
IRA P. GOLDBERG
JEREMY A. DAMITIO
DEREK D. SAMZ

*Also admitted in New York
and New Jersey

WRITER'S EXT. 220

December 28, 2006

<u>Via Certified Mail, Return Receipt Requested</u>
Trans Union Corporation
P.O. Box 1000
Chester, PA 19022

      **Re:**    **James R. Marte, Jr., Social Security No: 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**

To Whom it May Concern:

      The firm of DiMonte & Lizak, LLC, has been retained by James R. Marte, Jr. for the purpose of disputing certain information which is being published on his credit report by Trans Union Corporation. Mr. Marte's credit report contains one account that Mr. Marte disputes. The identification of this account is as follows:

| | |
|---|---|
| Company: | DSNB Macy's |
| Account No.: | D2A5T001 |
| Amount: | $30,900.00 |
| Past Due: | $706.00 |

      Mr. Marte disputes the amount outstanding on his Macy's account, and further disputes that there is a past due amount owing on the Macy's account. Pursuant to an agreement entered into between Marshall Fields and Mr. Marte on July 11, 2006, the billing on Mr. Marte's account was to be deferred through January 2007, with all interest and late fees credited to his account. Based upon the information that Marshall Field's representatives provided to him, Mr. Marte believes the correct balance on his Macy's account is in the amount of $29,868.09. Furthermore, in conformance with the July 11, 2006 agreement, all payments on the outstanding balance and any interest is to be deferred until February 2007 and, therefore, there is no past due balance. Accordingly, please remove this item from Mr. Marte's credit report.

      Notification is hereby made pursuant to 15 USCA § 168Ii that James R. Marte disputes the accuracy of the information contained in his file maintained by Trans Union Corporation. Demand is hereby made for Trans Union Corporation to investigate the disputed information for accuracy, delete all inaccurate and unverified information and provide all applicable notices required under 15 USCA § 168Ii. Be advised that the disputed information being published has a negative effect on

Trans Union Corporation
December 19, 2006
Page 2

James Marte and he will suffer actual damages as a result of these adverse actions. Mr. Marte will seek to enforce his rights by way of civil liability as provided for in 15 USCA §168ln to recover his actual damages, punitive damages, court costs and reasonable attorney fees if the inaccurate information is not removed from his file and credit report immediately.

I thank you for your attention to this matter. Below I have provided the relevant information regarding Mr. Marte for your reference. Please contact me upon receipt of this letter to advise regarding the corrective action that will be taken and when this adverse credit information will be corrected. In addition, I have enclosed Mr. Marte's letter authorizing me on behalf of the law firm of DiMonte & Lizak authority to obtain Mr. Marte's personal credit information regarding this account..

| | |
|---|---|
| Name: | James R. Marte, Jr. |
| Residential Address: | 100 East Bellevue Place |
| | Apt. 22F |
| | Chicago, IL 60611-5188 |
| | |
| D.O.B.: | November 1946 |
| Social Security No: | 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 |
| | |
| Current Employer: | Gateway Chevrolet |
| Address: | 5373 N. Milwaukee Avenue |
| | Chicago, IL 60630 |
| Phone: | (773) 631-0425 |

Yours truly,



David T. Arena

DTA/cae
Enclosures

cc:    Mr. James R. Marte

C:\MyFiles\Carol\JAD\trans union ltr re marte.wpd

EUGENE A. DI MONTE
CHESTER A. LIZAK
ALAN L. STEFANIAK
LINSCOTT R. HANSON
RICCARDO A. DI MONTE
DAVID T. ARENA
ABRAHAM E. BRUSTEIN
ROBERT S. MINETZ
DENNIS S. NUDO
LEE T POTERACKI

ROBERT S. CLEMENTI
1925 - 2004

**DI MONTE & LIZAK, LLC**
ATTORNEYS AT LAW
216 West Higgins Road
Park Ridge, Illinois 60068-5736
(847) 698-9600
FAX (847) 698-9623
jdamitio@dimontelaw.com

RICHARD W. LAUBENSTEIN
JEFFREY S. MC DONALD
PAUL A. GRECO*
MARGHERITA M. ALBARELLO
CHRISTOPHER S. NUDO
JULIA JENSEN SMOLKA
IRA P. GOLDBERG
JEREMY A. DAMITIO
DEREK D. SAMZ

*Also admitted in New York
and New Jersey

WRITER'S EXT. 220

April 12, 2007

Department Stores National Bank
P.O. Box 8066
Mason, OH 45040

    RE:    James R. Marte, Jr.
            Account No. 43-787-791-507-0

Dear Account Representative:

    I am one of the attorneys representing James R. Marte, Jr. in his dispute with your company regarding the inaccuracies and errors appearing in his credit account, identified as account number 43-787-791-507-0. This is the second letter that is being to Department Stores National Bank regarding these issues. I have enclosed a copy of the August 25, 2006 letter that was previously sent to your company. Beginning in July 2006, both Mr. Marte and an attorney from this law firm have made numerous contacts with Macy's customer service department and collection department, but have been unable to get your company to address the substance of Mr. Marte's dispute with this account. Instead, Macy's has continued to ignore Mr. Marte's attempts to resolve this dispute. This is our final attempt toward resolution before filing suit.

    As detailed in the August 25, 2006 correspondence, between December 2005 and June 2006, Mr. Marte made a number of purchases through Marshall Field's interior design studio at 111 North State Street in Chicago, Illinois. Based on information that Mr. Marte has obtained from Marshall Fields, a balance of $29,868.09 should be reflected on his account. Further, based on the special offer extended to Mr. Marte at the time of these purchases, the balance of his account and all interest was to be deferred until February 2007. However, Mr. Marte has since received monthly account statements that reflect mandatory payments to be made, interest, late charges and additional fees all being accrued, which are all contrary to the agreement between Marshall Fields and Mr. Marte.

    Macy's actions are especially egregious considering that Mr. Marte has fully complied with Macy's procedures under its billing rights summary. Specifically, Macy's billing rights summary, included on the reverse side of Mr. Marte's account statement, at paragraph 12, provides:

        In case of errors or questions about your bill: If you think your bill is
        wrong or if you need more information about a transaction on your

Department Stores National Bank
April 12, 2007
Page 2

bill, write us at P.O. Box 8066, Mason, Ohio 45040 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

<u>You do not have to pay any amount in question while we are investigating</u>, but you are still obligated to pay the parts of your bill that are not in question. <u>While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.</u> (emphasis added)

Despite these explicit rights granted to Mr. Marte, Macy's has repeatedly ignored its own policy. After receiving Mr. Marte's August 25, 2006 letter, Macy's has continued to attempt to collect payments from Mr. Marte that should have been deferred until February 2007. Further, Macy's has reported Mr. Marte to TransUnion Corporation and Equifax as being delinquent. In fact, Macy's verified through Equifax and TransUnion that the delinquent accounts were valid, after Mr. Marte disputed the debts in violation of Section 1681o of the Fair Credit Reporting Act. 15 U.S.C. Section 1681o.

In an effort to resolve this matter, without filing a lawsuit against Macy's, I request that you promptly send to my attention an itemized account statement for Mr. Marte's account number 43-787-791-507-0, which reflects the amount that Mr. Marte owed as of the end of June 2006. All interest, late charges and other associated fees should be credited to Mr. Marte's account and any and all reports of delinquent payments that Macy's made to credit reporting companies should be removed immediately. In addition, I request that you have someone with knowledge of Mr. Marte's account and authority to act call me immediately. This letter will serve as our final attempt to resolve this matter without instituting a lawsuit. If it takes Mr. Marte filing suit against Macy's for breach of contract and consumer fraud for Macy's to take this matter seriously, he will do so. However, I hope this will not be necessary. I look forward to hearing from you in the very near future.

Regards,



Jeremy A. Damitio

JAD/cae
Enclosures
cc:    David T. Arena, Esq.
       Mr. James R. Marte, Jr

C:\MyFiles\Carol\JAD\Marte, Jr., James\ltr to dept. stores national bank.wpd



# DI MONTE & LIZAK, LLC
### ATTORNEYS AT LAW
216 West Higgins Road
Park Ridge, Illinois 60068-5736
(847) 698-9600
FAX (847) 698-9623
jdamitio@dimontelaw.com

_____
### FACSIMILE COVER SHEET
_____

May 2, 2007

Attention:    Compliance Department

Company:    Macy's

Fax No.:    (513) 573-2898              Pages:    8        Includes Cover Sheet

From:    Jeremy A. Damitio

Re:    James R. Marte, Jr.
          Account No. 43-787-791-507

Remarks:

Compliance Department,

I spoke with Mr. Limbacher, of Macy's Recovery Department, who informed me to forward the following information to this department. Enclosed please find: (1) my April 12, 2007 letter to Macy's; (2) our August 18, 2006 letter to Macy's; (3) Mr. Marte's December 7, 2006 letter authorizing the law firm of DiMonte & Lizak to handle this dispute; and (4) the two most recent correspondences that Mr. Marte received from Macy's, both dated April 19, 2007.

As stated in my April 12, 2007 correspondence, this is Mr. Marte's final attempt to resolve this dispute before filing a lawsuit. We have attempted to dispute these charges through the proper channels and have been repeatedly given the run-around by Macy's. Further, Macy's has failed to follow its own Billing Rights Summary by continually billing Mr. Marte for disputed charges and reporting adverse credit information to TransUnion and Equifax credit reporting agencies, in violation of the Fair Credit Reporting Act. I ask that someone from the Compliance Department contact me immediately regarding this dispute.

Regards,

Jeremy A. Damitio

### CONFIDENTIALITY NOTE

The documents accompanying this telecopy transmission contain information from the law firm of DiMonte & Lizak which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this telecopied information is prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.

**(Please contact us if the entire facsimile is not received.)**