AE

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attor standing of this Court's general bar or be granted le: by Local Rules 83.12 through 83.14.

07cv6374
JUDGE KOCORAS
MAG. JUDGE MASON

In the Matter of

JAMES MARTE V. MACY'S RETAIL HOLDINGS, INC., DEPARTMENT STORES NATIONAL BANK, OMNI CREDIT SERVICES, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAMES MARTE

**FILED**
J.N NOV X 9 2007
NOV X 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Mark D. Belongia | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark D. Belongia | |
| FIRM <br> Belongia & Shapiro, LLP | |
| STREET ADDRESS <br> 53 W. Jackson Blvd., #315 | |
| CITY/STATE/ZIP <br> Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6269391 | TELEPHONE NUMBER <br> 312-662-1039 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |