AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES MARTE

|  |  |
|---|---|
| CASE NUMBER: | 07 C 6374 |
| ASSIGNED JUDGE: | Judge Kocoras |
| DESIGNATED MAGISTRATE JUDGE: | Judge Mason |

V.

MACY'S RETAIL HOLDINGS, INC.,
DEPARTMENT STORES NATIONAL BANK,
OMNI CREDIT SERVICES, INC.

TO: (Name and address of Defendant)

Omni Credit Services, Inc.
c/o C T Corporation System, Inc.
208 S. La Salle St, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

------------------------------
(By) DEPUTY CLERK

**January 9, 2008**
------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  01/09/08 |
| NAME OF SERVER (PRINT)  Ian M. Burns | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: Defendants Registered agent

CT Corporation Systems, INC, 208 S. LaSalle St, #814
Chicago, IL 60604

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/09/08        _____
              Date            Signature of Server

53 W Jackson Blvd #315 Chicago IL 60604
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.