UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JAMES MARTE, an individual,

    Plaintiff,

vs.

MACY'S RETAIL HOLDINGS, INC., a
New York Corporation, DEPARTMENT
STORES NATIONAL BANK, a South
Dakota Bank, and OMNI CREDIT
SERVICES, INC., a Wisconsin Corporation,

    Defendants.

07cv6374
JUDGE KOCORAS
MAG. JUDGE MASON

_____/

## DEFENDANT MACY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant, Macy's Retail Holdings, Inc. ("Macy's"), moves for the entry of an Order granting a 21 day enlargement of time, up through and including February 4, 2008, for Macy's to respond to Plaintiff's Complaint and as grounds therefor states:

1. Macy's response to the Complaint is due on January 14, 2008.

2. The parties are actively engaged in efforts to resolve this matter. Macy's requests additional time to complete settlement negotiations before filing a response to the Complaint.

3. Counsel for Macy's has contacted counsel for Plaintiff and is authorized to represent that Plaintiff has no objection to this motion for enlargement of time.

WHEREFORE, Macy's respectfully requests that this Court enter an order granting Macy's additional time to respond to the Complaint, up to and including February 4, 2008.

Respectfully submitted,

ADORNO YOSS SANCHEZ & DANIELS

/s/ Hugo Chaviano
_____
Hugo Chaviano - 03126022
333 W. Wacker Drive
Suite 500
Chicago, IL  60606
Phone: (312) 214-3004
Fax:    (312) 641-3004
hchaviano@adorno.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 14th day of January, 2008 upon:

Mark D. Belongia
Ian M. Burns
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, IL  60604
Tel:  (312) 662-1030
Fax: (312) 662-1040

/s/ Hugo Chaviano
_____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JAMES MARTE, an individual,

    Plaintiff,

vs.

MACY'S RETAIL HOLDINGS, INC., a
New York Corporation, DEPARTMENT
STORES NATIONAL BANK, a South
Dakota Bank, and OMNI CREDIT
SERVICES, INC., a Wisconsin Corporation,

    Defendants.
_____/

07cv6374
JUDGE KOCORAS
MAG. JUDGE MASON

## ORDER GRANTING ENLARGEMENT OF TIME

THIS CAUSE is before the Court on Defendant, Macy's Retail Holdings, Inc.'s Unopposed Motion for Enlargement of Time to Respond to the Complaint. The Motion is hereby granted, and Macy's shall have until February 4, 2008 to respond to Plaintiff's Complaint.

**DONE AND ORDERED** in chambers at Chicago, Illinois this ___ day of January, 2008.

                                                      CHARLES P. KOCORAS
                                                    Senior District Judge

Copies furnished to:
Hugo Chaviano
Ian Burns