**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

James Marte
                                    Plaintiff,

v.                                                  Case No.: 1:07−cv−06374
                                                    Honorable Charles P. Kocoras

Macy's Retail Holdings, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Defendant Macy's unopposed motion [16] for an extension of time to 2/4/2008 to answer or otherwise plead is granted. Status and hearing on said motion, set for 1/17/2008, are stricken. Status hearing is reset from 1/17/2008 to 2/7/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.