AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1-16-08  11:05 AM |
| NAME OF SERVER (PRINT) DARRELL F. NELSON | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): CORPORATION - Served Lauren Nadolski Legal Process Specialist at Citibank, S.D. NA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-16-08
            Date          Signature of Server

320 W 4TH / Sioux Falls, SD
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# SHERIFF'S RETURN

PAGE 2       No. 2008- 612

STATE OF SOUTH DAKOTA,

COUNTY OF MINNEHAHA

**SEND TO:** BELONGIA & SHAPIRO LLP
53 W JACKSON BLVD STE 315

CHICAGO, IL 60604

**ENTRY**

MARTE, JAMES _____ Plaintiff

— vs —

HOLDINGS EXREL MACY'S RETAIL _____ Defendant

07C6374

**AFFIDAVIT OF SERVICE:**

I, NELSON, DARRELL CIVIL PROCESS SERV, Sheriff of Minnehaha County, South Dakota, hereby certify and return that the annexed CIVIL SUMMONS _____ came into my hands for service on the 15TH day of JANUARY, 2008. That I served the same on CITIBANK DEPT S NATIONAL BANK by delivering and leaving a true copy thereof with NADOLSKI, LAUREN (LEGAL PROCESS SPECIALIST) _____ in Minnehaha County, State of South Dakota, on the 16TH day of JANUARY, 2008.

| PAYMENT INSTRUCTIONS | SHERIFF'S FEES | |
|---|---|---|
| RETURN PAGE 2, ALONG WITH YOUR CHECK OR MONEY ORDER TO: | | |
| **MINNEHAHA COUNTY SHERIFF DEPARTMENT** 320 W 4TH STREET SIOUX FALLS, SOUTH DAKOTA 57104-2435 | SUMMONS | 25.00 |
| | MILEAGE | 12.00 |
| | TOTAL FEES $ | 37.00 |

SHERIFF

By _/s/ Darrell_____
DEPUTY SHERIFF