U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 07CV6374

JAMES MARTE, an Individual,
Plaintiff,
vs.
MACY'S RETAIL HOLDINGS, INC., et al.
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OMNI CREDIT SERVICES, INC.

| |
|---|
| NAME (Type or print) <br> HUGO CHAVIANO |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Hugo Chaviano |
| FIRM <br> ADORNO YOSS SANCHEZ & DANIELS |
| STREET ADDRESS <br> 333 W. WACKER DRIVE, #500 |
| CITY/STATE/ZIP <br> CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03126022 | TELEPHONE NUMBER <br> (312) 214-3004 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐