UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JAMES MARTE, an individual,

    Plaintiff,

vs.

MACY'S RETAIL HOLDINGS, INC., a
New York Corporation, DEPARTMENT
STORES NATIONAL BANK, a South
Dakota Bank, and OMNI CREDIT
SERVICES, INC., a Wisconsin Corporation,

    Defendants.
_____/

07cv6374
JUDGE KOCORAS
MAG. JUDGE MASON

## DEFENDANT OMNI'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant, Omni Credit Services, Inc. ("Omni"), moves for the entry of an Order granting a 21 day enlargement of time, up through and including February 19, 2008, for Omni to respond to Plaintiff's Complaint and as grounds therefor states:

    1.    Omni's response to the Complaint is due on January 29, 2008.

    2.    The parties are actively engaged in efforts to resolve this matter. Omni requests additional time to complete settlement negotiations before filing a response to the Complaint.

    3.    Counsel for Omni has contacted counsel for Plaintiff and is authorized to represent that Plaintiff has no objection to this motion for enlargement of time.

WHEREFORE, Omni respectfully requests that this Court enter an order granting Omni additional time to respond to the Complaint, up to and including February 19, 2008.

>Respectfully submitted,
>
>ADORNO YOSS SANCHEZ & DANIELS
>
>/s/ Hugo Chaviano
>_____
>Hugo Chaviano - 03126022
>333 W. Wacker Drive
>Suite 500
>Chicago, IL 60606
>Phone: (312) 214-3004
>Fax:   (312) 641-3004
>hchaviano@adorno.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 29th day of January, 2008 upon:

Mark D. Belongia
Ian M. Burns
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604
Tel: (312) 662-1030
Fax: (312) 662-1040

>/s/ Hugo Chaviano
>_____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JAMES MARTE, an individual,

    Plaintiff,

vs.

MACY'S RETAIL HOLDINGS, INC., a New York Corporation, DEPARTMENT STORES NATIONAL BANK, a South Dakota Bank, and OMNI CREDIT SERVICES, INC., a Wisconsin Corporation,

    Defendants.
_____/

07cv6374
JUDGE KOCORAS
MAG. JUDGE MASON

## ORDER GRANTING ENLARGEMENT OF TIME

THIS CAUSE is before the Court on Defendant, Omni Credit Services, Inc.'s Unopposed Motion for Enlargement of Time to Respond to the Complaint. The Motion is hereby granted, and Omni shall have until February 19, 2008 to respond to Plaintiff's Complaint.

**DONE AND ORDERED** in chambers at Chicago, Illinois this ___ day of January, 2008.

_____
CHARLES P. KOCORAS
Senior District Judge

Copies furnished to:
Hugo Chaviano
Ian Burns