UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JAMES MARTE, an individual,

    Plaintiff,

vs.

MACY'S RETAIL HOLDINGS, INC., a
New York Corporation, DEPARTMENT
STORES NATIONAL BANK, a South
Dakota Bank, and OMNI CREDIT
SERVICES, INC., a Wisconsin Corporation,

    Defendants.

07cv6374
JUDGE KOCORAS
MAG. JUDGE MASON

## NOTICE OF MOTION

TO:    Belongia & Shapiro LLP
        53 West Jackson Boulevard, Suite 315
        Chicago, Illinois 60604

    You are hereby notified that we will appear in the United States District Courthouse located at 219 S. Dearborn Street, Chicago, Illinois, before the following judge or other judge sitting in his stead at the place and time specified and ask for a hearing on the attached **MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

| Judge | Room | Date | Time |
|---|---|---|---|
| Judge Charles P. Kocoras | 1725 | February 7, 2008 | 9:30 a.m. |

    By:    /s/ Hugo Chaviano
    **ADORNO YOSS SANCHEZ & DANIELS**
    Attorneys for Macy's Retail Holdings, Inc.
    333 West Wacker Drive, #500
    Chicago, Illinois 60606
    Tel:    (312) 214-3004
    Fax:    (312) 641-3004

## CERTIFICATE OF SERVICE

      The undersigned , a non-attorney, certifies that she caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, via its CM/ECF System and she did serve the foregoing via U. S. Mail to each person listed on the _____January   29_____, 2008.

                                                                       /s/   Hugo Chaviano_____