## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

James Marte
                        Plaintiff,

v.                                           Case No.: 1:07−cv−06374
                                                        Honorable Charles P. Kocoras

Macy's Retail Holdings, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Status and motion hearing held on 2/7/2008. Defendant Omni's unopposed motion [22] for an extension of time to 2/19/2008 to answer or otherwise plead is granted. Status hearing set for 2/26/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.