UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JAMES MARTE, an individual,

    Plaintiff,

vs.                                            07cv6374
                                              JUDGE KOCORAS

MACY'S RETAIL HOLDINGS, INC., a      MAG. JUDGE MASON
New York Corporation, DEPARTMENT
STORES NATIONAL BANK, a South
Dakota Bank, and OMNI CREDIT
SERVICES, INC., a Wisconsin Corporation,

    Defendants.
_____/

## MOTION TO DISMISS

**NOW COMES** the plaintiff, JAMES MARTE, by and through his attorneys, and hereby moves this Honorable Court for entry of an order dismissing this cause with prejudice pursuant to Fed. R. Civ. P 41(1)(a)(ii). In support of said motion, plaintiff states as follows:

    1.     The parties of this litigation have entered into a settlement covering all existing claims between plaintiff, James Marte, and defendants, MACY'S RETAIL HOLDINGS, INC., DEPARTMENT STORES NATIONAL BANK, and OMNI CREDIT SERVICES, INC., contained within this cause.

    2.     The parties, acting through their respective counsel, have executed and are filing contemporaneously herewith a Stipulation to Dismiss.

    3.     This Court shall retain jurisdiction for purpose of settlement of this matter.

**WHEREFORE**, in accordance with the aforesaid Release in Full, the parties hereto request entry of an order dismissing this matter with prejudice as to MACY'S RETAIL HOLDINGS, INC., DEPARTMENT STORES NATIONAL BANK, and OMNI CREDIT SERVICES, INC., and without costs.

Respectfully Submitted

**BELONGIA & SHAPIRO, LLP**

By:　/s/Ian M. Burns
　　　Attorney for Plaintiff

Mark D. Belongia #6269391
mbelongia@belongiashapiro.com
Ian M. Burns #6282599
iburns@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
T: (312) 662-1030
F: (312) 662-1040