UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JAMES MARTE, an individual,

    Plaintiff,

vs.

MACY'S RETAIL HOLDINGS, INC., a New York Corporation, DEPARTMENT STORES NATIONAL BANK, a South Dakota Bank, and OMNI CREDIT SERVICES, INC., a Wisconsin Corporation,

    Defendants.

07cv6374
JUDGE KOCORAS
MAG. JUDGE MASON

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff JAMES MARTE and defendants MACY'S RETAIL HOLDINGS, INC., DEPARTMENT STORES NATIONAL BANK, and OMNI CREDIT SERVICES, INC., pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), through their respective attorneys, that the above-entitled cause be dismissed with prejudice and without costs, all costs having been paid and all matters in controversy for which said action was brought having been fully compromised, settled and adjourned.

By: _____
Mark D. Belongia
Ian M. Burns
Belongia & Shapiro, LLP
Attorney for Plaintiff

By: _____
Hugo Chaviano
ADORNO YOSS SANCHEZ HOFFMAN
Attorney for Defendants

Ian M. Burns
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
(312) 662-1030