UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JAMES MARTE, an individual,

    Plaintiff,

vs.                                                                                              07cv6374
                                                                                          JUDGE KOCORAS

MACY'S RETAIL HOLDINGS, INC., a       MAG. JUDGE MASON
New York Corporation, DEPARTMENT
STORES NATIONAL BANK, a South
Dakota Bank, and OMNI CREDIT
SERVICES, INC., a Wisconsin Corporation,

    Defendants.
_____/

## NOTICE OF MOTION

    To:    Hugo Chaviano
            Sanchez & Daniels
            333 West Wacker Drive, Suite 500
            Chicago, IL 60606
            (312) 641-1555
            hchaviano@sanchezdh.com

    PLEASE TAKE NOTICE that on Tuesday, April 29, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras or whomever may be designated to sit in his stead, in **Court Room 1725** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present Plaintiff James Marte's Motion to Dismiss, a copy of which is attached and served upon you.

                                                    Respectfully submitted,

                                                    /s/Ian M. Burns
                                                    One of his attorneys

Ian M. Burns #6282599
iburns@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
T: (312) 662-1030
F: (312) 662-1040

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on the 22nd day of April, 2008 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

    Mark D. Belongia, Esq.    mbelongia@belongiashapiro.com

    Hugo Chaviano, Esq.    hchaviano@sanchezdh.com


/s/Ian M. Burns