## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6374 | **DATE** | 4/28/2008 |
| **CASE TITLE** | Marte vs. Macy's Retail Holdings et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion [30] to dismiss with prejudice and without costs is granted. Hearing on said motion, set for 4/29/2008, is stricken. Status hearing set for 6/11/2008 is stricken. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|